UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DISTRICT OF MASSACHUSETTS          CIVIL ACTION NO. 04-11573RWZ

| | |
|---|---|
| ANTHONY P. SCAPICCHIO, M.D., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| MOUNT AUBURN PROFESSIONAL SERVICES, a Massachusetts non-profit corporation, MOUNT AUBURN HOSPITAL, a hospital incorporated in Massachusetts, for itself and as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF ENTRY OF APPEARANCE OF JOHN S. DAY, ESQUIRE, AS COUNSEL FOR PLAINTIFF ANTHONY P. SCAPICCHIO, M.D.

Please enter the appearance of John S. Day, Esquire, 167 Washington Street, Norwell, Massachusetts 02061 as counsel for the Plaintiff, Anthony P. Scapicchio, M.D., in the matter captioned above.

Respectfully submitted,
ANTHONY P. SCAPICCHIO, M.D.
By his attorney,

John S. Day (BBO #639249)
167 Washington Street
Norwell, MA 02061
781-878-6541 (telephone)
781-846-0780 (facsimile)
jday@attorneyday.com (electronic mail)

Date:   September 10, 2004

## CERTIFICATE OF SERVICE

I, John S. Day, hereby certify that on the 10th day of September, 2004, I caused a copy of the foregoing to be served, by first class mail, postage prepaid, to counsel for each of the defendants, Anthony D. Rizzotti, Esquire, Ropes & Gray, One International Place, Boston, Massachusetts 02110.

_____
John S. Day