UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION OF MASSACHUSETTS          CIVIL ACTION NO: 04-CV-11573

ANTHONY P. SCAPICCHIO, M.D.,
    Plaintiff,

v.

MOUNT AUBURN PROFESSIONAL SERVICES,
a Massachusetts non-profit corporation, MOUNT
AUBURN HOSPITAL, a hospital incorporated in
Massachusetts, for itself and as administrator of the
Mount Auburn Hospital RetirementPlus 403(b)
Plan, and THOMAS FABIANO,
    Defendents.

NOTICE OF WITHDRAWAL OF MY APPEARANCE
AS COUNSEL FOR ANTHONY SCAPICCHIO

    I, Rodney S. Dowell, give notice that I am withdrawing as counsel for the plaintiff Anthony Scapicchio in the above referenced matter pursuant to Local Rule 83.5.2 (c). In support thereof, I state that Attorney John Day has entered his appearance on behalf of Attorney Scapicchio herewith, there are no motions pending before the court, no trial date has been set, and no hearings or conferences are scheduled, and no reports, oral or written are due.

    Respectfully submitted,
    Rodney S. Dowell, Counsel for Anthony Scapicchio

    /s/ Rodney S. Dowell
    Rodney Dowell, Esq., BBO No. 629016
    Berman & Dowell
    210 Commercial Street, 5th Floor
    Boston, MA 02109
    617-723-9911 (telephone)
    617-723-6688 (facsimile)
    rdowell@bermandowell.com

CERTIFICATE OF SERVICE

I, Rodney S. Dowell, hereby certify that on September 14, 2004, I served a copy of the foregoing to all counsel by ECF or by first class mail, postage prepaid. I have also served a copy to Anthony Scapicchio by first class mail, postage prepaid.

      /s/ Rodney S. Dowell
Rodney S. Dowell