UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SCAPICCHIO, M.D.,<br>Plaintiff,<br><br>v.<br><br>MOUNT AUBURN PROFESSIONAL<br>SERVICES, a Massachusetts non-<br>profit corporation, MOUNT AUBURN<br>HOSPITAL, a hospital incorporated<br>in Massachusetts, for itself and as<br>administrator of the Mount Auburn<br>Hospital RetirementPlus 403(b)<br>Plan, and THOMAS FABIANO,<br>Defendants. | CIVIL ACTION NO. 04-11573-RWZ |

PROPOSED PRETRIAL SCHEDULE INCLUDING A PLAN FOR
DISCOVERY PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D) the parties herewith file the following joint statement:

1. Joint Discovery Plan

   A. November 26, 2000 - automatic required disclosure pursuant to Fed. R. Civ. Proc. Rule 26(a)(1) and Local Rule 26.2(A);

   B. December 10, 2004 - either party may file a request for production of any additional documents that either party believes were not produced as a result of the automatic required disclosure;

   C. January 10, 2005 - production of additional documents;

   D. January 21, 2005 - service of interrogatories;

   E. February 25, 2005 - exchange of any expert reports; and,

   F. March 25, 2005 - completion of depositions.

2. **Proposed Schedule for Filing of Motions**

    A. December 10, 2004 - filing of motion to strike the plaintiff's jury claim in the event that the plaintiff does not voluntarily withdraw the jury claim;

    B. March 25, 2005 - assembly of administrative record;

    C. April 15, 2005 - Fed. R. Civ. Proc. Rule 12 motions; and,

    D. April 30, 2005 - Fed. R. Civ. Proc. Rule 56 motions.

3. **Certifications Signed by Counsel in Accordance With Local Rule 16.1(D)(3)**

    A. The certificates are attached to this Joint Statement.

ANTHONY P. SCAPICCHIO, M.D.

By his Attorney,

_____
John S. Day, Esq., BBO #639249
167 Washington Street
Norwell, MA 02061
(781) 878-6541

MOUNT AUBURN PROFESSIONAL SERVICES, MOUNT AUBURN HOSPITAL, as the administrator of MOUNT AUBURN RETIREMENTPLUS 403(b) PLAN and THOMAS FABIANO

By their Attorneys,

_____
Philip M. Cronin, BBO #106060
PEABODY & ARNOLD LLP 30
Rowes Wharf, 6th Floor
Boston, MA 02110
(617)951.2065

10/23/2004 16:25  17815956002                   A P SCAPICCHIO MD                                PAGE 01

To: Tony Scapicchio   Page 3 of 6          2004-10-28 18:43:24 (GMT)          (781) 846-0780 From: John S. Day, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SCAPICCHIO, M.D., <br> Plaintiff, <br><br> v. <br><br><br><br> MOUNT AUBURN PROFESSIONAL SERVICES, a Massachusetts non-profit corporation, MOUNT AUBURN HOSPITAL, a hospital incorporated in Massachusetts, for itself and as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO, <br> Defendants. | CIVIL ACTION NO. 04-11573-RWZ |

LOCAL RULE 16.1(D)(3) CERTIFICATE OF PLAINTIFF
AND COUNSEL FOR PLAINTIFF

The Plaintiff, Anthony P. Scapicchio, M.D., and his counsel, John S. Day, Esquire, certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____     _____
ANTHONY P. SCAPICCHIO, M.D.            JOHN S. DAY, ESQ.

28 Oct 2004