UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| ANTHONY P. SCAPICCHIO, Plaintiff |
|---|
| v. |
| MOUNT AUBURN PROFFESSIONAL SERVICES, ET AL  Defendant |

CIVIL ACTION NO. 04-11573-RWZ

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The Defendants, Mount Auburn Professional Services, Mount Auburn Hospital, as Administrator of the Mount Auburn Retirement Plus 403(b) Plan and Thomas Fabiano, hereby certify pursuant to Local Rule 16.1(D)(3) that each of the parties and the parties' counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

MOUNT AUBURN PROFESSIONAL SERVICES;

MOUNT AUBURN HOSPITAL, as Administrator of the Mount Auburn Retirement Plus 403(b) Plan;

THOMAS FABIANO;

_/s/ Thomas Fabiano_
THOMAS FABIANO


By their Attorneys,


_/s/ Philip M. Cronin_
Philip M. Cronin, BBO 106060
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951.2100

598830_1
5436-90871

2