## CURRICULUM VITAE

Name:               Anthony Pasquale Scapicchio, M.D.

Address:            240 Nahant Road, Nahant, Massachusetts  01908

Home Telephone:     (617) 581-1310

Office Address:     Department of Emergency Medicine, Mount Auburn Hospital,
                    330 Mount Auburn Street, Cambridge, Massachusetts  02238

Office Telephone:   (617) 492-3500, (617) 499-5025

Date of Birth:      December 18, 1937

Place of Birth:     Everett, Massachusetts

Education:

   1959 B.S.        Biology, Boston College, Chestnut Hill, Massachusetts
   1963 M.D.        New Jersey College of Medicine and Dentistry

Postdoctoral Training:

   Internship and Residencies:

       1963-1964    Surgical Intern, Harvard Surgical Unit, Boston City Hospital,
                    Boston, Massachusetts
       1964-1965    Junior Assistant Surgical Resident, Boston City Hospital, Harvard
                    Surgical Unit, Boston, Massachusetts
       1965-1966    Senior Assistant Surgical Resident, Boston City Hospital, Harvard
                    Surgical Unit, Boston, Massachusetts
       1967-1968    Resident in Surgery, Harvard Surgical Unit, Boston City Hospital,
                    Boston, Massachusetts
       1968-1969    Chief Resident in Surgery, Harvard Surgical Unit, Boston City
                    Hospital, Boston, Massachusetts

- 2 -

Research:

|        |        |
|--------|--------|
| 1966-1967 | Clinical and Research Fellow in Surgery, Harvard Medical School, Massachusetts General Hospital, Boston, Massachusetts |

Military Service:

|        |        |
|--------|--------|
| 1969-1971 | United States Army, Martin Army Hospital, Fort Benning, Georgia, Republic of Vietnam United States Army Hospital, Fort Devens, Massachusetts |

Licensure, Certifications, and Societies:

| | |
|--------|--------|
| 1964 | Diplomate, National Board of Medical Examiners |
| 1971 | Massachusetts License |
| 1971 | Office of Emergency Medical Services, Chairman, Area 25, Emergency Medical Services Committee |
| 1971 | American College of Emergency Physicians |
| 1972 | Diplomate, American Board of General Surgery |
| 1/27/89 | Advanced Cardiac Life Support by American Heart Association |
| 2/23/89 | Advanced Trauma Life Support by Committee on Trauma American College of Surgeons |
| 1990 | Diplomate, American Board of Emergency Medicine |
| 1991 | Fellow, American College of Emergency Physicians |

Hospital Appointments:

| | |
|--------|--------|
| 1971-1974 | Staff Surgeon, Cambridge Hospital, Emergency Room, Cambridge, Massachusetts |
| 1971-1974 | Staff, Emergency Room, Brockton Hospital, Brockton, Massachusetts |
| 1974-1976 | Chief of Emergency Services, Mount Auburn Hospital, Cambridge, Massachusetts |
| 1976-1987 | Chief of Ambulatory Services, Mount Auburn Hospital, Cambridge, Massachusetts |
| 1987-1989 | Chairman, Department of Emergency Medicine, Mount Auburn Hospital, Cambridge, Massachusetts |
| 1989- | Chairman Emeritus, Department of Emergency Medicine, Mount Auburn Hospital, Cambridge, Massachusetts |

- 3 -

Medical School Appointments:

| | |
|---|---|
| 1971-1972 | Clinical Assistant in Surgery, Harvard Medical School, Boston, Massachusetts |
| 1972- | Clinical Instructor in Surgery, Harvard Medical School, Boston, Massachusetts |

Hospital Committee Assignments:

Chairman, Ambulatory Care Committee
Chairman, Emergency Services Committee
Medical Staff Executive Committee
Credentials Committee
By Laws Committee
President, Medical Staff 1988
Quality Assurance Committee

Publications:

1.  Scapicchio, A.P., Constable, J.D., Opitz, B. Comparative effects of silver nitrate and sulfamylon acetate in epidermal regeneration: plastic and reconstructive surgery. Vol. 41, No. 4, 1968; pp. 319-322.

2.  Cohen, E.L., Scapicchio, A.P. The E.D. in the eyes of the law. Emergency Medicine. Vol. 14, No. 12, 1982; pp. 186-199.

3.  Cohen, E.L., Healy, J.M., Scapicchio, A.P. Medicolegal consideration of Emergency Medical Care. Emergency Medicine. Max, H.L., Ed. John Wiley and Sons, 1984; pp. 883-893.

ANTHONY P. SCAPICCHIO, M.D.

*B.*

- EXPERIENCE:

- ADMINISTRATIVE-
- Medical Director for the Administrative Department of
  Ambulatory Care Services.

- Ambulatory Care Services include Emergency, Walk-In,
  Primary Care, Sub-Specialty, Sub-Specialty-followup,
  Orthopedic-Cast, Day Surgery and Multi-test Units.

- The position includes responsibility for all phases of
  operation including design, planning, staffing, clinical
  and fiscal integrity.

- The position reports directly to the Chief Excutive Officer
  of the hospital through his assistant in charge of clinical
  services.

ADMINISTRATIVE-CLINICAL

- Developed the Department of Ambulatory Care Services into an independent Administrative Department.

- Developed each of the units within the Department of Ambulatory Care Services into an indepedent unit with its permanent full-time staff and separate cost center.

- Developed the role and job descriptions for the following full-time positions.

  a) Chief of Ambulatory Services to be on a par with other clinical chiefs.
  b) Administrative Director of Ambulatory Care Services to be on a par with other administrative department heads.
  c) Clinical Director of Ambulatory Care Nursing to be on a par with other nursing clinical directors but accountable directly to the Chief of Ambulatory Services.  Ambulatory Care Nursing is an independent nursing unit with a liaison relationship to Hospital Nursing.
  d) Chief of Emergency Services
  e) Medical Director of Primary Care Services
  f) Emergency Unit Staff Physicians
  g) Primary Care Unit Staff Physicians
  h) Head Nurse and Assistant Head Nurse for all Ambulatory Care Units
  i) Chief Technicians for Orthopedic and Multi-test Units
  j) Clerical Supervisor for Ambulatory Care Services
  k) Permanent Part-time Sub-Specialists
  l) Nurse Practitioner in Ambulatory Care.

- Transformed the Emergency Unit with its traditional rotating attending staff and patient volume of 23000 visits per year to a prototype for the community teaching hospital with regards to staffing.  The Emergency Unit now sees 35000 patients per year - admits 4500 patients per year and is staffed by a full-time Chief of Emergency Services and 5 full-time staff physicians - all career oriented in Emergency Medicine, and 6 house officers.

- Transformed the traditional OPD with its voluntary attending staff and patient volume of 4000 visits per year to a prototype for the community teaching hospital with regards to format.  The OPD now consist of Primary Care, Walk-In, Sub-Specialty and Sub-Specialty follow-up Units sees 25000 patients per year and is staffed by full-time physicians of appropriate training skills and house officers.

- Initiated an Ambulatory Surgery Unit which is now handling almost 2000 cases per year.

- Upgraded the Orthopedic-Cast Unit by writing new job descriptions for its full-time technicians - now seeing close to 4000 cases per year.

- Supervise a Multi-test Unit for the performance of routine admission and other diagnostic tests by Multi-disciplinary technicians - now handling about 140 patients per day.

TEACHING

- teaching of 2nd, 3rd, or 4th year students
- teaching of house staff on rotation to Ambulatory Care Units
- teaching of house staff on wards
- teaching house staff Basic and Advanced Cardiac Life Support
- teaching attending staff Basic Life Support
- medical director and lecturer in hospital sponsored Emergency Medical Technician Course
- preparation of proposal for Emergency Medicine Residency Program for Mount Auburn Hospital

EMERGENCY MEDICAL SERVICES

- chair person of Area 25 EMS committee
- promote area wide disaster planning and disaster drills
- submitted proposal for designation as associate hospital in Region IV
- supporting concept of Regional Trauma Centers
- promoting the development of Emergency Medicine through The American College of Emergency Physicians

RESEARCH AND GRANTS

- oversee all grant applications from Ambulatory Services
- overseeing current grants to:
    a)  Emergency Unit- Multi hospital study of chest pain in the Emergency Unit

    b)  Primary Care Unit - ambulatory chronic care

QUALITY ASSURANCE

- supervise on going audits of all phases of Ambulatory Care
- monitoring of all full-time ambulatory care physicians in maintaining continuing medical education activities
- writing of policies and procedures - relating to Ambulatory Care