

# MOUNT AUBURN HOSPITAL

To: Jolene Ballou
Liberty Mutual

From: Tom Fabiano
Mount Auburn Hospital

Subject: Waiver of Premium Information

Date: March 12, 2003

Listed below is the information you requested on Anthony P. Scapicchio.

| | |
|---|---|
| Actual Base Salary | $161,220.80 |
| Coverage Class | Class VII |
| Proof of Supplemental Coverage | See Faxed Enrollment Form Dated 9/6/94 |
| Current Beneficiary Designation | See Faxed Enrollment Form Dated 9/6/94 |
| Actual Last Day Worked | January 23, 1995 |



A community teaching
hospital of Harvard
Medical School

330 Mount Auburn Street
Cambridge, MA 02138
(617) 492-3500