# Mount Auburn Hospital

## Supplemental Life & Long Term Disability Insurance Enrollment Form

1. Name (please print) ANTHONY P.. SCAPICCHIO, M.D.

   Social Security number 024 - 28 - 8555   Scheduled hours 40

   Effective date of coverage ___/___/___ (to be completed by Benefits Department)

2a. I hereby elect the following supplemental life insurance coverage:

   Supplemental Life at:    MAH provides - base $400,000.00
   ___ 1X or ___ 2X or _X_ 3X my annual base pay   additional Supplemental 400,000.00

   Beneficiary(ies) designation: ANTHONY P. SCAPICCHIO IRREVOCABLE INSURANCE TRUST
   Primary:    Name TIN# 04-6738234 _____ Relationship _____ % ___
              Name _____ Relationship _____ % ___
   Contingent: Name _____ Relationship _____ % ___
              Name _____ Relationship _____ % ___

2b. I hereby elect the following dependent life insurance coverage:

   Dependent Life:

   ___ Option 1 ($10,000 for spouse; $3,000 per dependent child over 6 months, $500 for 8 day-6 months)
   _X_ Option 2 ($25,000 for spouse; $5,000 per dependent child over 6 months, $500 for 8 day-6 months)

   I REQUEST THE ABOVE INDICATED BENEFITS FOR THE FOLLOWING DEPENDENTS:

   | Name | Relationship | Date of birth | Social Security # | Student Status |
   |---|---|---|---|---|
   | DIANA SCAPICCHIO | SPOUSE | JULY 8, 1942 | 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 | N/A |
   | SARAH SCAPICCHIO | DAUGHTER | JULY 6, 1976 | 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 | FT college student: Y_X_ N__ |
   |  |  |  |  | FT college student: Y__ N__ |

   Beneficiary for Dependent Life if other than yourself: _____

3. I hereby elect the following optional long term disability coverage:

   For full-time (40 hour) employees only:

   Supplemental Long Term Disability

   ___ Option 1 (90 day waiting period instead of 180 days with basic plan)
   _X_ Option 2 (90 day waiting period instead of 180 days with basic plan, 70% of monthly pay instead of 60% with basic plan & annual cost of living increases)

   For 30-39 hour employees only:
   ___ Part-time Long Term Disability (180 day waiting period, 60% of monthly pay, & $11,000/month maximum)

I understand my deduction for any supplemental Life or LTD Insurance coverage will change whenever there is a change in my base pay or age category.

I have completed the worksheet and/or reviewed the rates for the above selections. I hereby authorize Mount Auburn Hospital to deduct the cost of these plans from my pay.

_____Anthony P. Scapicchio_____          6 September 1994
         Signature                             Date