# APPLICATION FOR LONG TERM DISABILITY
## EMPLOYEE'S DISABILITY BENEFITS APPLICATION

**LIBERTY MUTUAL** — Liberty Life Assurance Company of Boston

RETURN TO:
Liberty Life Assurance Co.
P.O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISABILITY PRODUCTS
1-800-451-7065-Ext. 31543

TO BE COMPLETED BY EMPLOYEE

### CLAIMANT
1. Full Name: SCAPICCHIO, ANTHONY P.
2. Social Security Number: 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
3. Phone Number: (617) 581-1310
4. Address: 240 NAHANT RD, NAHANT, MASS. 01908
5. Date of Birth: 12/18/37
6. Height: 5'10"
7. Weight: 220#
8. Sex: M
9. Marital status: Married
10. Spouse's date of birth: 7/8/42  First Name: DIANA
11. Is spouse employed? No
12. Number of children (Under age 19): 1
13. List names and dates of birth of unmarried children who have not finished high school.

### EMPLOYMENT
14. Employer's Name: MT. AUBURN HOSPITAL, 330 MT. AUBURN ST., CAMB. MA 02238
15. Group Policy No.:
16. Occupation: Staff attending PHYSICIAN - Emergency Dept.
17. Date of accident or date first noticed symptoms of illness: 1/_/95
18. I have been unable to work because of the disability since: 2/1/95
19. I returned to work on a part-time basis on: N/A
20. I returned to work on a full-time basis on: N/A
21. Is your accident or illness related to your occupation? No
22. If "yes" explain:
Have you or do you intend to file a Workers' Comp. Claim? No

### CLAIM HISTORY
23. Describe how and where accident occurred or describe the onset and nature of your illness.
Progressive Depression
24. Date you were first treated for your illness or injury: 1/13/95
25. Treated by: Doctor: Bernard Levy MD, 17 Berwick Rd, Newton, MA 02159
26. Have you ever had the same or similar condition in the past? Yes — 3/_/92
27. Treated by: Doctor: Bernard Levy MD, 17 Berwick Rd, Newton, MA 02159

### INCOME
28. Describe other income you are receiving:
- Social Security (disability or retirement): No
- State disability: No
- Retirement (normal, early or disability): No
- Workers' Compensation: No
- Group disability benefits: No
- Other (describe): V.A. for Ulcer Disease — Yes — $666/mo — 1968

### BENEFIT
29. Have you, or do you plan to, apply for any of the other income benefits listed in question 28?
Type: ___  Date application filed: Have not
Type: ___  Date application filed:
30. If your request for benefits is approved do you want us to withhold amounts from each benefit check for Federal Income Tax purposes? Yes — If "yes" Amount $ to be determined

Signature: Anthony P. Scapicchio
Date: Apr __, 1995

Any person who knowingly, and with intent to injure, defraud or deceive an insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I AUTHORIZE any licensed physician, medical practitioner, pharmacist, hospital, clinic, other medical or medically related facility, federal, state or local government agency, insurance or reinsuring company, consumer reporting agency or employer employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me, and any non-medical information about me, to give any and all such information to the particular Company in the Liberty Mutual group of companies to which I am submitting a claim, or to its legal representative.

I UNDERSTAND the information obtained by use of this Authorization will be used by the Company to determine eligibility for insurance benefits. Any information obtained will not be released by the Company to any person or organization EXCEPT to reinsuring companies or other companies in the Liberty Mutual group of companies to which I submit claim for insurance benefits.

I KNOW that I may request a copy of this Authorization.

I AGREE that a photographic copy of this Authorization shall be as valid as the original.

I AGREE that this Authorization shall be valid during the pendency of my claim.

If I receive a disability benefit payment greater than that which should have been paid, I understand that the Insurance Company has the right to recover such over payment from me, including the right to reduce future disability benefits, if any.

I certify that the above information is true and correct.

| DATE | EMPLOYEE'S SIGNATURE |
|---|---|
| Ap 20, 1995 | Antny C. Scapucciluo |



# LONG TERM DISABILITY
## ATTENDING PHYSICIAN'S STATEMENT
(To Avoid Delay Please Answer All Questions)
(This form is to be completed without expense to the Company)

RETURN TO:
Liberty Life Assurance Co.
P.O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISABILITY PRODUCTS
1-800-451-7065-Ext. 31543

**Name of Patient (Print):** SCAPICCHIO, ANTHONY
**Date of Birth:** 12/18/37
**Claim No.:**
**Present Address:** 240 NAHANT ROAD, NAHANT, MA 01908
**Group Insurance, Give Name of Policyholder / Employer, Union or Association through whom insured:** MT. AUBURN Hospital, Cambridge, MA

## ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY

The patient is responsible for the completion of this form without expense to the Company. Space is available on the reverse side if you wish to amplify your answers.

### HISTORY
(a) When did symptoms first appear or accident happen? Mo. January Day ___ 19 95
(b) Date patient ceased work because of disability. Mo. Feb Day 1 19 95
(c) Has patient ever had same or similar condition? Yes ☑ No ☐
    If "Yes" state when and describe. Previous milder episode March, '92

### PRESENT CONDITION
(a) Subjective symptoms: Major Depression
(b) Objective findings: 
    Include results of current X-rays, E.K.G.s, or any other special tests.
(c) Is patient: Ambulatory? ☑ Bed confined? ☐ House confined? ☐ Hospital confined? ☐

### DIAGNOSIS
Major Depression 296.24

### TREATMENT
(a) Date of first visit: Mo. 1 Day 13 19 95
(b) Date you verified total disability: Mo. ___ Day ___ 19 ___
(c) Date of last visit: Mo. 4 Day 11 19 95
(d) Frequency of visits: Weekly ☑  Monthly ☐  Other ___
(e) When did you last examine the patient? Mo. 4 Day 11 19 95

### PROGRESS
Recovered ☐  Improved ☐  Unimproved ☐  Retrogressed ☐

### EXTENT OF DISABILITY
                        FOR ANY OCCUPATION         FOR HIS/HER REGULAR OCCUPATION
(a) Is patient now totally disabled?  Yes ☐ No ☑   Yes ☑ No ☐
(b) If no, when was patient able to go to work? Mo. ___ Day ___ 19 ___   Mo. ___ Day ___ 19 ___
(c) If yes, when do you think patient will be able to resume any work?
    Approximate Date .......... Mo. ___ Day ___ 19 ___   Mo. ___ Day ___ 19 ___
    Indefinite ................ ☐                        ☑
    Never ..................... ☐                        ☐
(d) Is the patient competent to endorse checks and direct use of the proceeds thereof? Yes ☑ No ☐

7. REHABILITATION

| | FOR ANY OCCUPATION | FOR HIS/HER REGULAR OCCUPATION |
|---|---|---|
| (a) Is patient a suitable candidate for further rehabilitation services? (i.e., cardiopulmonary program, speech therapy, etc.) | Yes ☐  No ☐ | Yes ☑  No ☐ |
| (b) Can present job be modified to allow for handling with impairment? | Yes ☐  No ☐ | |
| (c) When could trial employment commence? | Mo. ___ Day ___ 19 ___ Full-time ☐ Part-time ☐ | Mo. ___ Day ___ 19 ___ Full-time ☐ Part-time ☐ |
| (d) Would vocational counseling and/or retraining be recommended? | Yes ☐  No ☑ | |

8. PHYSICAL IMPAIRMENTS    (*As defined in Federal Dictionary of Occupational Titles)
   ☐ Class 1—No limitation of functional capacity; capable of heavy work* No restrictions. (0-10%)
   ☐ Class 2—Medium manual activity* (15-30%)
   ☐ Class 3—Slight limitation of functional capacity; capable of light work* (35-55%)
   ☐ Class 4—Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity. (60-70%)
   ☐ Class 5—Severe limitation of functional capacity; incapable of minimum (sedentary*) activity. (75-100%)
   Remarks:

9. MENTAL IMPAIRMENTS    (If applicable)
   (a) Please define "stress" as it applies to this claimant.   *Emerging Room medical practice*
   (b) What stress and problems in interpersonal relations has claimant had on job?
   ☐ Class 1—Patient is able to function under stress and engage in interpersonal relations (no limitations)
   ☐ Class 2—Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
   ☐ Class 3—Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
   ☑ Class 4—Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
   ☐ Class 5—Patient has significant loss of psychological, physiological, personal and social adjustment (servere limitations)
   Remarks:

Complete appropriate section, if disability is due to CARDIAC CONDITION or VISUAL IMPAIRMENT.

10. CARDIAC IMPAIRMENT
    (a) Functional capacity (American Heart Ass'n)   Class 1 (No limitation) ☐   Class 2 (Slight limitation) ☐
    Class 3 (Marked limitation) ☐   Class 4 (Complete limitation) ☐
    (b) Blood pressure.................................

11. VISUAL IMPAIRMENT    (Snellen Notation)
    (a) What was vision at last observation
       With Glasses........ O.D. ___ O.S. ___ Mo. ___ Day ___ 19 ___
       Without Glasses..... O.D. ___ O.S. ___ Mo. ___ Day ___ 19 ___
    (b) Date corrected vision was irrecoverably reduced to 20/200 or less in the better eye ... Mo. ___ Day ___ 19 ___ O.D. ☐ O.S. ☐
    (c) Vision can be restored in whole or in part by ........
       O.D. Lenses ☐  Treatment ☐  Operation ☐  Not restorable ☐
       O.S. Lenses ☐  Treatment ☐  Operation ☐  Not restorable ☐

REMARKS:

Name (Attending Physician) Print: **Bernard Levy, M.D.**
Street Address: **17 Berwick Road, Newton, MA 02159-2122**
Signature: Bernard Levy MD
Degree:
Telephone: (617) 969-1734
Tax ID. No. or S.S. No.: 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
Date: 4/14/95

# LONG TERM DISABILITY

**LIBERTY MUTUAL**
Liberty Life Assurance Companies of Boston

Liberty Life Assurance Co.
P. O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISABILITY PRODUCTS
1-800-451-7065-Ext. 31543

## EMPLOYER'S REPORT OF CLAIM

TO BE COMPLETED BY EMPLOYER

### CLAIMANT

1. Employee's Name: ANTHONY P. SCAPICCHIO
2. Social Security No.: 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
3. Date of Birth: 12/18/37
4. Address / City / State / Zip Code: 240 NAHANT ROAD, NAHANT, MA 01908

### EMPLOYMENT

5. Insurance Class: LHIRA/PLAN 2, CLASS 3
6. Employee Date of Hire: 9/1/74
7. Date employee became insured for LTD: 7/1/94 - Base Coverage; 10/1/94 - Supplemental
8. Date employee was actually last present at work: 2/1/95
9. Occupation at time last worked: STAFF PHYSICIAN
10. Work schedule at time last worked: No. of days per week: 5; No. of hours per day: 8
11. Reason for stopping: ☒ Sickness
12. Has employee returned to work? ☒ No

### INCOME

13. How is employee paid? ☒ Straight Salary
14. Employee's Basic Monthly Earnings: $13,435.00 GROSS; LTD Benefit: 70%
15. Employee's % of LTD premium contribution: Employee pays 100% of SUPPLEMENTAL COVERAGE / 0% of BASE COVERAGE; Employer pays 100% of BASE COVERAGE / 0% of SUPPLEMENTAL COVERAGE

### OTHER BENEFITS

16. Has insured received other disability payments since time last worked?
    Salary Continuance: ☒ Yes, Wkly. Amt. 3,100.40 GROSS; 6/10 last pay - verbally given to Liberty; Date benefits cease: ___
    Insured Short Term: ☒ No
    Other Type: ☒ No
17. Did claim result from job activity? ☒ No
18. Has Workers' compensation claim been filed? N/A
19. Workers' compensation Weekly Amount: N/A

### RETIREMENT

20. Is employee covered by employer sponsored retirement plan? ☒ Yes
21. Does retirement plan contain a disability provision? ☒ No
22. Is employee or will this employee be eligible for a disability or retirement pension? ☒ Yes - If "Yes" type: defined contribution retirement plan
    Monthly Amount $ N/A - unable to determine ultimate monthly payments.
    Percent of employee contributions: ___%
    Percent of employer contributions: ___%
    Commence Date of Benefits: Not eligible until at least age 59½

### CERTIFICATION

23. Employer's Name: MOUNT AUBURN HOSPITAL
24. Facsimile No.: (617) 499-5168
25. Group Policy No.: 10-244052-0001
26. Address: 330 MOUNT AUBURN STREET, CAMBRIDGE, MA 02238
27. Employer (Taxpayer) I.D. Number (EIN): 04-2103606
29. Name of person completing this form: NANCY E. STRYKER
30. Signature: Nancy E. Stryker
31. Telephone No.: (617) 499-5139
Title: BENEFITS SPECIALIST
Date: 5/15/95

Dis/Prod 301