# ANTHONY P. SCAPICCHIO, M.D.
### 240 NAHANT ROAD
### NAHANT, MASSACHUSETTS 01908

DEC 15 1995

Dec. 12, 1995


Nancy E. Stryker
H.R. Dept.
Mt. Auburn Hospital
Cambridge, MA 02238

Re: A) Payment of $1855.96 for continuation of benefits through
the end of 1995, see check enclosed.

    B) Correction of specific dates related to: last date worked
and date of onset of disability.

Dear Nancy;

    I need your help in correcting the above dates as I made
errors in the dates on the original applications and my doctor
used my dates and inadvertently compounded the issue of "dates".

    I am enclosing copies of each of the letters sent to my
doctor which explains what happened on each of the applications,
and both insurers have been copied and have received the copies.

    I have spoken to Tiffany Curtis of Liberty Mutual on this
and she needs confirmation from you on the dates.

    I have spoken to John LaBroad of Mass Mutual also on this
and needs confirmation from my doctor which I will take care
of.

    I would appreciate your contacting Ms. Curtis at Liberty
Mutual on this and correcting the dates for the record;  last
date worked was Jan. 12, 1995 and onset of disability was Jan.
13, 1995.

    You can verify the actual dates with Dr. Setnik as he and
I reviewed this issue and the above dates are correct.

Sincerely,

Tony

Anthony P. Scapicchio

WPS/APS