

# MOUNT AUBURN HOSPITAL

January 11, 1996

Liberty Mutual Life Insurance Company
P.O. Box 1525
Dover, NH   03821-1525
Attention:  Tiffany Curtis, LTD Analyst

Dear Tiffany:

This correspondence is to verify that after much review Dr. Scapicchio's actual last day worked was in fact January 12, 1995.

If you need further information do not hesitate to contact me at (617) 499-5139.

Thank you for all of your assistance in this matter.

Sincerely,

*Nancy*

Nancy E. Stryker
Benefits Specialist



A Harvard
Medical Center
Community
Teaching Hospital

330 Mount Auburn Street
Cambridge, MA 02238
(617) 492-3500