

Liberty Life Assurance Company
of Boston

100 Main Street
Dover, New Hampshire 03820
Telephone: (603) 749-2600

August 9, 1995

Dr. Anthony Scapicchio
240 Nahant Rd.
Nahant, MA 01908

RE: LONG TERM DISABILITY
Claim No. X514N003

Dear Dr. Scapicchio,

As we discussed, enclosed is a copy of your Long Term Disability policy through Mount Auburn Hospital.

Please be aware that the medical condition for which you are collecting disability benefits has a limitation. Please see attached for details.

If you have any questions regarding your benefits, please feel free to contact me.

Sincerely,

Tiffany Curtis
LTD Analyst
1-800-451-7065 Ext. 34934

TC/as

cc: Mount Auburn Hospital
Attn: Nancy Stryker
330 Mount Auburn St.
Cambridge, MA 02238

A Member of the Liberty Mutual Group