

# LIBERTY MUTUAL.

**Liberty Life Assurance Company of Boston**

Group Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(603) 749-2600 Ext. 38535

January 21, 1998

Mount Auburn Hospital
Attn: Nancy Stryker
330 Mount Auburn Street
Cambridge, MA 02238

RE:  Dr. Anthony Scapicchio
     Long Term Disability Benefits
     Claim#: 114766

Dear Nancy,

I am writing at this time to advise we have overturned our denial of Dr. Anthony Scapicchio's claim for long term disability benefits. This decision is based on a review of additional medical documentation received in conjunction with his appeal, as well as the results of a recent peer review, which supports continued total disability.

Dr. Scapicchio's file has been returned to Ann Marie Cyr for payment disbursement and claim management. Ann Marie may be reached at (800) 210-0268 ext. 38565.

Please feel free to contact either of us if you have any questions regarding this correspondence.

Sincerely,

*Susan W. Colinet*

Susan W. Colinet
Quality Review Analyst
(800) 210-0268 ext. 38577

A Member of the Liberty Mutual Group