

**PROOF OF TOTAL DISABILITY**
Submitted to
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
BOSTON, MASSACHUSETTS

(Before making out this statement, carefully read instructions on the back hereof)

CLAIMANT'S STATEMENT

Mail to:
Liberty Life Assurance
Company of Boston
Group Life Claims
Mail Stop 03F
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0268 EXT: 36274
Fax No.: (603) 742-3873

1. Name of Insured: ANTHONY P. SCAPICCHIO M.D.
Policy Nos.:

2. Present Address: No. 780  Street Boylston St. #6H  City/Town Boston, MA  Zip Code 02199

3. Date and place of birth: Dec. 18, 1937 USA  Month December  Day 18  City or Town Everett  State or Country Mass. USA  Year 1937

4. Name and address of Insured's last employer: Mt Auburn Hospital
Address No.  Street 330 Mt Aub St  City or Town Cambridge  State MA 02138

5. Occupation or duties of the Insured: Emergency Med. Physician  Occupation: Emergency Medicine Physician

6. State all changes in occupation of the Insured since policy was issued: NO CHANGES

7. Describe fully the nature and precise cause of disability sustained or contracted? Obstructive Sleep Apnea + Daytime Somnolence

8. On what date was the injury or the disease causing disability sustained or contracted? Month Dec. 1994 Day see orig applic.

9. Date Insured was obliged to cease work? Month Jan. 1995 Day see orig applic.

10. Does the disability now prevent the Insured from engaging in all work, occupation or business? YES  see orig applic.

11. If the answer to question 10 is "Yes", from what date has the Insured been continuously prevented? Month Jan 1995 Day see orig applic.

12. When is it expected that the Insured will be able to resume some gainful employment? NEVER - Disease has NO MEDICAL ENDPOINT

13. If the Insured is now engaged in some work, occupation or business, on what date did this total disability cease? total disability HAS NOT CEASED

14. Is there a previous history of illness? NOT THIS CONDITION

15. When did the Insured first consult or when was he first attended, treated or examined by a physician or other practitioner or first treated or examined in a hospital or other institution for or in connection with the disability? Dec. 1994  see orig applic.

16. State the names and addresses of all physicians or other practitioners and all hospitals or other institutions by whom or in which the Insured has been treated or examined for or in connection with the disability?
Name: Betsy Sherry MD  Mt Aub Hosp Doctor Off Bldg 300 Mt Aub St Camb, MA 02138

17. List all other Disability Coverage provided by the Liberty Life Assurance Company of Boston or any other Insurance Company of Boston or any other Insurance Company, Governmental Agency, Union Welfare Plan or employer-employee benefit organization.
Name of Organization: Soc Sec Adm  Policy Numbers: 024 28 8555  Amount of Benefit Weekly / Monthly: 1316 / 1397

See Enclosed Copy of current LTD Benefit Stmt from Liberty Mutual. Claim # 114766

DP 605 GL 12/01                                    Total Dis EE