| OMB No. 1545-0008 | | | |
|---|---|---|---|
| a Control number 001 | 1 Wages, tips, other compensation 10039.66 | | 2 Federal income tax withheld 5000.00 |
| | 3 Social security wages 0.00 | | 4 Social security tax withheld 0.00 |
| | 5 Medicare wages and tips 4808.07 | | 6 Medicare tax withheld 82.37 |
| c Employer's name, address, and ZIP code MOUNT AUBURN PROFESSIONAL SERVICES 330 MOUNT AUBURN STREET CAMBRIDGE, MA. 02238 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 | |
| b Employer's identification number 04-3026897 | | d Employee's social security number 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 | |
| 13 See Instrs. for Box 13 SICK PAY (J) 64883.18 | | 14 Other | |
| e Employee's name, address, and ZIP code ANTHONY SCAPICCHIO 240 NAHANT ROAD NAHANT, MA. 01908 | | | |
| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Hshld. emp. | Subtotal | Deferred compensation |

| 1995 | 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. 10039.66 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement Copy for EMPLOYEE'S State, City, or Local Income Tax Return | 18 State income tax 0.00 | | 19 Locality name |
| | 20 Local wages, tips, etc. 10039.66 | | 21 Local income tax 0.00 |

Department of the Treasury—Internal Revenue Service

| | | |
|---|---|---|
| OMB No. 1545-0008<br>a Control number | 1 Wages, tips, other compensation<br>74246.24 | 2 Federal income tax withheld<br>3600.00 |
| | 3 Social security wages<br>61200.00 | 4 Social security tax withheld<br>3794.40 |
| | 5 Medicare wages and tips<br>74246.24 | 6 Medicare tax withheld<br>1076.57 |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |

| b Employer's identification number<br>043026897 | d Employee's social security number<br>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 |
|---|---|
| 13 See Instrs. for Box 13<br><br>C 1453.92 | 14 Other |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT, MA
01908

| 15 Statutory employee | Deceased | Pension plan<br>X | Legal rep. | Hshld. emp. | Subtotal | Deferred compensation |
|---|---|---|---|---|---|---|

| 1995 | 16 State<br>MA | Employer's state I.D. No.<br>042103606 | 17 State wages, tips, etc.<br>74246.24 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | | 18 State income tax<br>4232.58 | 19 Locality name |
| Copy for EMPLOYEE'S State, City, or Local Income Tax Return | | 20 Local wages, tips, etc. | 21 Local income tax |

Department of the Treasury—Internal Revenue Service

W₂B - Disabil

84

| a Control number 001 | 1 Wages, tips, other compensation 10039.66 | 2 Federal income tax withheld 5000.00 |
|---|---|---|
| | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| | 5 Medicare wages and tips 4808.07 | 6 Medicare tax withheld 82.37 |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICES
330 MOUNT AUBURN STREET
CAMBRIDGE, MA. 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| b Employer's identification number 04-3026897 | d Employee's social security number 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 | |
| 13 See Instrs. for Box 13 SICK PAY (J) 64883.18 | 14 Other | |

e Employee's name, address, and ZIP code
ANTHONY SCAPICCHIO
240 NAHANT ROAD
NAHANT, MA. 01908

15 Statutory employee  Deceased  Pension plan  Legal rep.  Hshld. emp.  Subtotal  Deferred compensation

1995  16 State  Employer's state I.D. No.  17 State wages, tips, etc. 10039.66
Form W-2 Wage and Tax Statement  18 State income tax 0.00  19 Locality name
Copy for EMPLOYEE'S State, City, or Local Income Tax Return  20 Local wages, tips, etc. 10039.66  21 Local income tax 0.00

Department of the Treasury—Internal Revenue Service

---

(Duplicate copies of W-2 form appear in the other three quadrants with identical data; bottom-left is "Copy B To Be Filed With Employee's FEDERAL Tax Return" 16-0331690, and bottom-right is "Copy C For EMPLOYEE'S RECORDS".)

(FORM 275) - EMPLOYEE COPIES (black)

44

W2 A

## W-2 Form (Copy for Employee's State, City, or Local Income Tax Return) — Top Left

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| a Control number | |
| 1 Wages, tips, other compensation | 74246.24 |
| 2 Federal income tax withheld | 3600.00 |
| 3 Social security wages | 61200.00 |
| 4 Social security tax withheld | 3794.40 |
| 5 Medicare wages and tips | 74246.24 |
| 6 Medicare tax withheld | 1076.57 |
| c Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in Box 1 | |
| b Employer's identification number | 043026897 |
| d Employee's social security number | 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 |
| 13 See Instrs. for Box 13 | C 1453.92 |
| 14 Other | |
| e Employee's name, address, and ZIP code | ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT, MA 01908 |
| 15 Pension plan | X |
| 16 State | MA |
| Employer's state I.D. No. | 042103606 |
| 17 State wages, tips, etc. | 74246.24 |
| 18 State income tax | 4232.58 |
| Year | 1995 |
| Form | W-2 Wage and Tax Statement |
| Copy for EMPLOYEE'S State, City, or Local Income Tax Return | |

## W-2 Form — Top Right (duplicate)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| 1 Wages, tips, other compensation | 74246.24 |
| 2 Federal income tax withheld | 3600.00 |
| 3 Social security wages | 61200.00 |
| 4 Social security tax withheld | 3794.40 |
| 5 Medicare wages and tips | 74246.24 |
| 6 Medicare tax withheld | 1076.57 |
| c Employer | MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238 |
| b Employer's identification number | 043026897 |
| d Employee's social security number | 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 |
| 13 | C 1453.92 |
| e Employee | ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT, MA 01908 |
| Pension plan | X |
| 1995 MA | 042103606 |
| 17 State wages | 74246.24 |
| 18 State income tax | 4232.58 |
| Form W-2 Wage and Tax Statement Copy for EMPLOYEE'S State, City, or Local Income Tax Return | |

## W-2 Form — Bottom Left (Copy B To Be Filed With Employee's FEDERAL Tax Return)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| 1 Wages, tips, other compensation | 74246.24 |
| 2 Federal income tax withheld | 3600.00 |
| 3 Social security wages | 61200.00 |
| 4 Social security tax withheld | 3794.40 |
| 5 Medicare wages and tips | 74246.24 |
| 6 Medicare tax withheld | 1076.57 |
| c Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238 |
| b Employer's identification number | 043026897 |
| d Employee's social security number | 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 |
| 13 See Instrs. for Box 13 | C 1453.92 |
| e Employee's name, address, and ZIP code | ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT, MA 01908 |
| Pension plan | X |
| 16 State | MA |
| Employer's state I.D. No. | 042103606 |
| 17 State wages, tips, etc. | 74246.24 |
| 18 State income tax | 4232.58 |
| Year / Form | 1995 W-2 Wage and Tax Statement |
| Copy B To Be Filed With Employee's FEDERAL Tax Return | 16-0331690 |

## W-2 Form — Bottom Right (Copy C For EMPLOYEE'S RECORDS)

Same data as above: Wages 74246.24, Fed tax 3600.00, SS wages 61200.00, SS tax 3794.40, Medicare wages 74246.24, Medicare tax 1076.57. Employer: MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238. EIN 043026897. SSN 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. Box 13: C 1453.92. Employee: ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT, MA 01908. Pension plan X. 1995 MA 042103606. State wages 74246.24. State income tax 4232.58. Form W-2 Wage and Tax Statement. Copy C For EMPLOYEE'S RECORDS.

(FORM 275) - EMPLOYEE COPIES (Black)  PRINTED IN USA

| a Control number 00 | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer's identification number 04-3026897 | | | 1 Wages, tips, other compensation 3780.91 | 2 Federal income tax withheld 3000.00 |
| c Employer's name, address, and ZIP code MOUNT AUBURN PROFESSIONAL SVCS. 330 MOUNT AUBURN STREET CAMBRIDGE, MA 02238 | | | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| | | | 5 Medicare wages and tips 0.00 | 6 Medicare tax withheld 0.00 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code ANTHONY SCAPICCHIO 240 NAHANT ROAD NAHANT, MA 01908 | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 See Instrs. for box 13 J   24434.81 | 14 Other SICK PAY |
| | | | 15 Statutory employee ☐   Deceased ☐   Pension plan ☐   Legal rep. ☐   Hshld emp. ☐   Subtotal ☐   Deferred compensation ☐ | |
| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)    Department of the Treasury-Internal Revenue Service

Form **W-2** Wage and Tax Statement **1996**

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer's identification number 04-3026897 | | | 1 Wages, tips, other compensation 12182.00 | 2 Federal income tax withheld 9000.00 |
| c Employer's name, address, and ZIP code MOUNT AUBURN PROFESSIONAL SVCS. 330 MOUNT AUBURN STREET CAMBRIDGE    MA 02238 | | | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| | | | 5 Medicare wages and tips 0.00 | 6 Medicare tax withheld 0.00 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code ANTHONY SCAPICCHIO 240 NAHANT ROAD NAHANT    MA 01908 | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 See Instrs. for box 13 SICK PAY (J)    78728.46 | 14 Other |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Hshld emp. ☐  Subtotal ☐  Deferred compensation ☐ | |
| 16 State  Employer's state I.D. No. | 17 State wages, tips, etc. 12182.00 | 18 State income tax 0.00 | 19 Locality name | 20 Local wages, tips, etc. 12182.00 | 21 Local income tax 0.00 |

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)   Department of the Treasury-Internal Revenue Service

Form **W-2** Wage and Tax Statement **1996**

| Copy C For EMPLOYEE'S RECORDS (See Notice) | | 1997 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 7827 | 1 Wages, tips, other comp. 4327.03 | 2 Federal income tax withheld 3433.33 | |
| | 3 Social security wages | 4 Social security tax withheld | |
| b Employer's ID no. 043026897 | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| c Employer's name, address, and ZIP code Mount Auburn Professional Services 330 Mount Auburn Street Cambridge, MA. 02238 | | | |
| d Employee's social security number 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 | | | |
| e Employee's name, address, and ZIP code Anthony Scapicchio 240 Nahant Street Nahant, MA. 01908 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 | |
| 13 See Instrs. for Box 13 J 27964.29 | | 14 Other Sick Pay | |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Subtotal / Deferred compensation | | | |
| MA | | 4327.03 | |
| 16 State Empl.'s state I.D. # | 17 State wages, tips, etc. | 18 State income tax | |
| 19 Locality name | 20 Local wages, tips, etc. 4327.03 | 21 Local income tax | |

Form W-2 Wage and Tax Statement  Dept. of the Treasury–IRS  41-1628061

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | 1997 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 7827 | 1 Wages, tips, other comp. 4327.03 | 2 Federal income tax withheld 3433.33 | |
| | 3 Social security wages | 4 Social security tax withheld | |
| b Employer's ID no. 043026897 | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| c Employer's name, address, and ZIP code Mount Auburn Professional Services 330 Mount Auburn Street Cambridge, MA. 02238 | | | |
| d Employee's social security number 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 | | | |
| e Employee's name, address, and ZIP code Anthony Scapicchio 240 Nahant Street Nahant, MA. 01908 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 | |
| 13 See Instrs. for Box 13 J 27964.29 | | 14 Other Sick Pay | |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Subtotal / Deferred compensation | | | |
| MA | | 4327.03 | |
| 16 State Empl.'s state I.D. # | 17 State wages, tips, etc. | 18 State income tax | |
| 19 Locality name | 20 Local wages, tips, etc. 4327.03 | 21 Local income tax | |

Form W-2 Wage and Tax Statement  Dept. of the Treasury–IRS  41-1628061
L4UP

| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | 1998 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number | 1 Wages, tips, other comp. 26,130.43 | 2 Federal income tax withheld 20,566.67 | |
| | 3 Social security wages | 4 Social security tax withheld | |
| b Employer ID number 04-3026897 | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| c Employer's name, address, and ZIP code<br>MOUNT AUBURN PROFESSIONAL SERVICES<br>330 MOUNT AUBURN STREET<br>CAMBRIDGE, MA  02238 | | | |
| d Employee's social security number 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 | | | |
| e Employee's name, address, and ZIP code<br>ANTHONY SCAPICCHIO<br>240 NAHANT ROAD<br>NAHANT, MA  01908 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 | |
| 13 See instrs. for box 13  J 168,872.93 | | 14 Other  SICK PAY | |
| 15 Statutory employee  Deceased  Pension plan  Legal rep.  Deferred comp. | | | |
| MA | 04-3026897 | 26,130.43 | |
| 16 State Employer's state I.D. # | 17 State wages, tips, etc. | 18 State income tax | |
| 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax | |

Form W-2 Wage and Tax Statement    Dept. of the Treasury -- IRS    41-1628061
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | 1998 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number | 1 Wages, tips, other comp. 26,130.43 | 2 Federal income tax withheld 20,566.67 | |
| | 3 Social security wages | 4 Social security tax withheld | |
| b Employer ID number 04-3026897 | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| c Employer's name, address, and ZIP code<br>MOUNT AUBURN PROFESSIONAL SERVICES<br>330 MOUNT AUBURN STREET<br>CAMBRIDGE, MA  02238 | | | |
| d Employee's social security number 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 | | | |
| e Employee's name, address, and ZIP code<br>ANTHONY SCAPICCHIO<br>240 NAHANT ROAD<br>NAHANT MA  01908 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 | |
| 13 See instrs. for box 13  J 168,872.93 | | 14 Other  SICK PAY | |
| 15 Statutory employee  Deceased  Pension plan  Legal rep.  Deferred comp. | | | |
| MA | 04-3026897 | 26,130.43 | |
| 16 State Employer's state I.D. # | 17 State wages, tips, etc. | 18 State income tax | |
| 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax | |

Form W-2 Wage and Tax Statement    L4UP    Dept. of the Treasury -- IRS    41-1628061

Form W-2 Wage and Tax Statement **1999**   OMB No. 1545-0008   Department of the Treasury-Internal Revenue Service

| a Control number 177743 | Copy 2 To Be Filed with Employee's City or Local Income Tax Return | 1 Wages, tips, other compensation 14626.02 | 2 Federal income tax withheld 7500.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code  MOUNT AUBURN HOSPITAL  330 MT AUBURN STREET  SUB 0000   LOC 00000000  CAMBRIDGE, MA 02138 | b Employer identification number 04-3026897 | 3 Social security wages | 4 Social security tax withheld |
| | d Employee's social security number 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 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| e Employee's name, address, and ZIP code  ANTHONY SCAPICCHIO  240 NAHANT ROAD  NAHANT, MA 01908 | 10 Dependent care benefits | 13  J   94523.34 | 14 Other  SICK PAY |
| | 11 Nonqualified plans | | |
| | 12 Benefits included in box 1 | | |
| | 15 ☐ Statutory employee  ☐ Deceased  ☐ Pension plan  ☐ Legal rep.  ☐ Deferred compensation | | |
| 16 State MA | Employer's state I.D. no. | 17 State wages, tips, etc. 14626.02 | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. 14626.02 | 21 Local income tax |

| a Control number 177743 | Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 1 Wages, tips, other compensation 14626.02 | 2 Federal income tax withheld 7500.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code  MOUNT AUBURN HOSPITAL  330 MT AUBURN STREET  SUB 0000   LOC 00000000  CAMBRIDGE, MA 02138 | b Employer identification number 04-3026897 | 3 Social security wages | 4 Social security tax withheld |
| | d Employee's social security number 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 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| e Employee's name, address, and ZIP code  ANTHONY SCAPICCHIO  240 NAHANT ROAD  NAHANT, MA 01908 | 10 Dependent care benefits | 13 See instrs. for box 13  J   94523.34 | 14 Other  SICK PAY |
| | 11 Nonqualified plans | | |
| | 12 Benefits included in box 1 | | |
| | 15 ☐ Statutory employee  ☐ Deceased  ☐ Pension plan  ☐ Legal rep.  ☐ Deferred compensation | | |
| 16 State MA | Employer's state I.D. no. | 17 State wages, tips, etc. 14626.02 | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. 14626.02 | 21 Local income tax |

Form W-2 Wage and Tax Statement **1999**   OMB No. 1545-0008   Department of the Treasury-Internal Revenue Service

548

### W-2 Wage and Tax Statement — 2000 (Copy 2)

| Box | Label | Value |
|---|---|---|
| OMB No. | | 1545-0008 |
| a | Control number | |
| 1 | Wages, tips, other compensation | 15064.80 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Social security wages | 0.00 |
| 4 | Social security tax withheld | 0.00 |
| 5 | Medicare wages and tips | 0.00 |
| 6 | Medicare tax withheld | 0.00 |
| c | Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12 | Benefits included in Box 1 | |
| b | Employer's identification number | 043026897 |
| d | Employee's social security number | 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 |
| 13 | See Instrs. for Box 13 | C 0.00 / G 97359.06 |
| 14 | Other | |
| e | Employee's name, address, and ZIP code | ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT MA 01908 |
| 15 | Pension plan | X |
| 16 | State | MA |
| | Employer's state I.D. No. | 043026897 |
| 17 | State wages, tips, etc. | 15064.80 |
| 18 | State income tax | 0.00 |
| 19 | Locality name | |
| 20 | Local wages, tips, etc. | |
| 21 | Local income tax | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

(FORM 275) - EMPLOYEE COPIES (Black)   PRINTED IN USA

### W-2 Wage and Tax Statement — 2000 (Copy C)

| Box | Label | Value |
|---|---|---|
| OMB No. | | 1545-0008 |
| a | Control number | |
| 1 | Wages, tips, other compensation | 15064.80 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Social security wages | 0.00 |
| 4 | Social security tax withheld | 0.00 |
| 5 | Medicare wages and tips | 0.00 |
| 6 | Medicare tax withheld | 0.00 |
| c | Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SERVICE, 330 MOUNT AUBURN STREET, CAMBRIDGE, MASS 02238 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12 | Benefits included in Box 1 | |
| b | Employer's identification number | 043026897 |
| d | Employee's social security number | 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 |
| 13 | See Instrs. for Box 13 | C 0.00 / G 97359.06 |
| 14 | Other | |
| e | Employee's name, address, and ZIP code | ANTHONY P SCAPICCHIO, 240 NAHANT ROAD, NAHANT MA 01908 |
| 15 | Pension plan | X |
| 16 | State | MA |
| | Employer's state I.D. No. | 043026897 |
| 17 | State wages, tips, etc. | 15064.80 |
| 18 | State income tax | 0.00 |
| 19 | Locality name | |
| 20 | Local wages, tips, etc. | |
| 21 | Local income tax | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)

559

| OMB No. 1545-0008 | | Department of the Treasury—Internal Revenue Service |
|---|---|---|
| | 1 Wages, tips, other compensation<br>15516.72 | 2 Federal income tax withheld<br>1200.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>J  15516.72 |
| 12b | 12c | 12d |

b Employer identification number: 043026897
d Employee's social security number: 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

13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other
 | X | |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT MA 01908

Form **W-2** Wage and Tax Statement **2001**
Copy 2 For State, City or Local Tax Department

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| MA | 0423026897 | 15516.72 |
| | 17 State income tax<br>0.00 | 18 Local wages, tips, etc. |
| | 19 Local income tax | 20 Locality name |

(FORM 275) - EMPLOYEE COPIES (Black)  PRINTED IN USA

---

| OMB No. 1545-0008 | | Department of the Treasury—Internal Revenue Service |
|---|---|---|
| This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 1 Wages, tips, other compensation<br>15516.72 | 2 Federal income tax withheld<br>1200.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>J  15516.72 |
| 12b | 12c | 12d |

b Employer identification number: 043026897
d Employee's social security number: 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

13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other
 | X | |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT MA 01908

Form **W-2** Wage and Tax Statement **2001**
Copy C For EMPLOYEE'S RECORDS.
(See Notice to Employee on back of Copy B).

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| MA | 0423026897 | 15516.72 |
| | 17 State income tax<br>0.00 | 18 Local wages, tips, etc. |
| | 19 Local income tax | 20 Locality name |

D

Four copies of Form W-2 Wage and Tax Statement, 2002:

**Employer:** Mount Auburn Professional Service, 330 Mount Auburn Street, Cambridge, MA. 02238
**Employee:** Anthony P. Scapicchio, 780 Boylston Street APT 6H, Boston, MA. 02199
**Employer identification number:** 043026897 (one copy shows 043206897 in box 15)
**Employee's social security number:** 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 15977.38 |
| 2 | Federal income tax withheld | 1160.00 |
| 3 | Social security wages | 0.00 |
| 4 | Social security tax withheld | 0.00 |
| 5 | Medicare wages and tips | 0.00 |
| 6 | Medicare tax withheld | 0.00 |
| 12a | See instructions for box 12 | J 103256.72 |
| 13 | Statutory employee | X |
| 15 | State / Employer's state ID number | MA / 043026897 (one copy: 043206897) |
| 16 | State wages, tips, etc. | 15977.38 |
| 17 | State income tax | 0.00 |

(Rev. February 2002)
Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.

FORM 1280Z — PRINTED IN USA

Note: one copy shows box 1 as 15977.80.