UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 21 A 10: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ANTHONY P. SCAPICCHIO<br>Plaintiff<br><br>v.<br><br>MOUNT AUBURN PROFESSIONAL SERVICES, MOUNT AUBURN HOSPITAL, as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO<br>Defendants | CIVIL ACTION NO. 04-11573-RWZ |

## MOTION OF THE DEFENDANTS, MOUNT AUBURN PROFESSIONAL SERVICES, MOUNT AUBURN HOSPITAL, AS ADMINISTRATOR OF THE MOUNT AUBURN HOSPITAL RETIREMENTPLUS 403(b) PLAN AND THOMAS FABIANO FOR SUMMARY JUDGMENT

The defendants, Mount Auburn Professional Services, Mount Auburn Hospital, as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan and Thomas Fabiano, pursuant to Federal Rule of Civil Procedure 56 move for summary judgment and in support of the motion file herewith the affidavit of the defendants in support of their motion for summary judgment, their memorandum in support of the motion for summary judgment and the statement of the material facts of record as to which the defendants contend there is no genuine issue to be tried.

MOUNT AUBURN PROFESSIONAL
SERVICES, MOUNT AUBURN HOSPITAL,
as the administrator of MOUNT AUBURN
HOSPITAL RETIREMENTPLUS 403(b) PLAN
and THOMAS FABIANO

By their Attorneys,

*/s/ Philip M. Cronin*
Philip M. Cronin, BBO #106060
Michael Cedrone, BBO #657708
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA 02110
(617) 951.2065

PABOS2:PCRONIN:604597_1
5436-90871

2