

MOUNT AUBURN HOSPITAL / 330 MOUNT AUBURN STREET / CAMBRIDGE / MASSACHUSETTS / 02138 / TEL: 492-3500

Walter P. Allen, F.A.C.H.A.
EXECUTIVE DIRECTOR

August 6, 1974

Anthony P. Scapicchio, M.D.
240 Nahant Road
Nahant, Massachusetts 01908

Dear Dr. Scapicchio:

This letter will confirm our recent conversation indicating your appointment as director of professional services in the Accident Room.

This appointment confirms your employment on or about September 1, 1974 at our hourly rate of compensation of $20.00. It is understood that you will be working initially on a part-time basis and that on or about the first of October you will be working the equivalent of full time.

You have indicated that you will be working approximately sixty hours per week and that included in your duties is the scheduling of other fully-licensed physicians who have had at least three years post-doctorate training. It will be necessary for you to work with various chiefs of service in developing the referral of cases in the absence of a patient/doctor relationship where the patient is in need of a physician to provide continuing care.

It is our objective to provide emergency services that meet the proposed state criteria for a trauma center and also meet the recommendations of the Joint Commission on Accreditation of Hospitals with respect to the provision of ambulatory services.

It is my suggestion that you submit your credentials for appointment to the medical staff in the division of surgery.

Sincerely,

Walter P. Allen
Executive Director

A:m