01/21/2005  07:15    17815950027          A P SCAPICCHIO MD                PAGE  02



MOUNT AUBURN HOSPITAL / 330 MOUNT AUBURN STREET / CAMBRIDGE / MASSACHUSETTS / 02138 / TEL: 492-3500

Walter P. Allen, F.A.C.H.A.
EXECUTIVE DIRECTOR

October 31, 1974

Anthony P. Scapicchio, M.D.
240 Nahant Road
Nahant, Massachusetts 01908

Dear Dr. Scapicchio:

It is with pleasure that I inform you that by action of the Board of Trustees, upon the recommendation of the Medical Staff Executive Committee you have been appointed to the Courtesy Staff in the Department of General Surgery.

Enclosed is a copy of the Mount Auburn Hospital Medical Staff Bylaws for your information.

Sincerely,

Walter P. Allen
Executive Director

A:eo
cc: Frederick W. Ackroyd, M.D.