01/28/2005  06:25   17815950027                A P SCAPICCHIO MD                        PAGE  01



MOUNT AUBURN HOSPITAL / 330 MOUNT AUBURN STREET / CAMBRIDGE / MASSACHUSETTS / 02138 / TEL: (617) 492-3500

Walter P. Allen, F.A.C.H.A.
EXECUTIVE DIRECTOR

October 28, 1975

Anthony P. Scapicchio, M.D.
Mount Auburn Hospital
330 Mount Auburn Street
Cambridge, Massachusetts 02138

Dear Dr. Scapicchio:

It is with pleasure that I inform you that by action of the Board of Trustees, upon the recommendation of the Medical Staff Executive Committee, you have been promoted to the Active Staff, with the rank of Assistant Surgeon, in the Department of General Surgery.

Sincerely,

Walter P. Allen
Executive Director

A:eo

*Established in 1871*