

# MOUNT AUBURN HOSPITAL

February 8, 1996

Gary Setnik M.D., FACEP
Chairman, Department of Emergency Medicine
Mount Auburn Hospital
330 Mount Auburn Street
Cambridge, MA 02238

Dear Dr. Setnik,

As you know, I have been on an extended leave of absence since January 4, 1995. My condition is such that I require a more prolonged disability leave than I thought was initially necessary. I am not currently capable of coming back to my role as a physician in your department.

I understand that the by-laws of the medical staff state that in circumstances such as mine when the leave of absence has gone on longer than one year, I will have effectively resigned from the medical staff. I furthermore understand I can reapply for staff privileges at any time my condition stabilizes, and that you, your department, the credentials committee, the medical staff executive committee and ultimately the board of trustees will determine my ability to return to work. I hereby authorize you to contact Dr. Bernard Levy at the Massachusetts Medical Society Impaired Physicians Section, for advice about my functional capability should I request medical staff privileges once again.

Thank you for your understanding of my condition and your continued support.

Sincerely,

*Anthony P. Scapicchio M.D.*
Anthony Scapicchio M.D.



A Harvard
Medical Center
Community

330 Mount Auburn Street
Cambridge, MA 02238
(617) 492-3500