01/03/2003 17:07 FAX 617 499 5168    HUMAN RESOURCES    @002

01/03/03  14:02 FAX


**Fidelity Investments®**

## MT. Auburn Hospital

## Retirement Savings Statement
January 1, 1995 - March 31, 1995

#BWNFXQN

ENV#FM000004
FM 50151 T

ANTHONY P SCAPICCHIO M.D.
770 BOYLSTON STREET APT. #9B
BOSTON, MA 02199-7708

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---|
| **Beginning Balance** | **$440,391.33** |
| Employer Contributions | 2,696.10 |
| Transfer in | 20,528.17 |
| Withdrawals | -123,578.04 |
| Fees | -30.00 |
| Change in Account Value | 10,242.22 |
| **Ending Balance** | **$350,249.78** |

| | |
|---|---|
| **Additional Information** | |
| Dividends & Interest | $4,864.28 |

| **Your Personal Rate of Return** | |
|---|---|
| This Period | 3.1% |
| Year to Date | 3.1% |

Your Personal Rate of Return is calculated with a time-weighted
formula, widely used by financial analysts to calculate investment
earnings. It reflects the results of your investment selections as
well as any activity in the plan account(s) shown. There are other
Personal Rate of Return formulas used that may yield different
results. Remember that past performance is no guarantee of future
results.

## Your Asset Allocation



- Stocks 11%
- Bonds 64%
- Short-Term 25%

Your investments are currently allocated among the displayed
asset classes. Percentages and totals may not be exact due to
rounding.

## Market Value of Your Account
This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares on 12/31/1994 | Shares on 03/31/1995 | Price on 12/31/1994 | Price on 03/31/1995 | Market Value on 12/31/1994 | Market Value on 03/31/1995 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$35,215.30** | **$38,241.15** |
| Fid Sel Develop Comm | 236.494 | 236.494 | $20.24 | $20.51 | 4,786.64 | 4,850.49 |
| Fid Sel Electronics | 259.284 | 259.284 | $18.49 | $21.84 | 4,794.16 | 5,662.78 |
| Fid Sel Energy Svcs | 404.327 | 404.327 | $11.14 | $12.63 | 4,504.20 | 5,106.65 |
| Fid Sel Healthcare | 104.912 | 104.912 | $70.80 | $78.20 | 7,427.77 | 8,204.12 |
| Fid Sel Indust Equip | 456.972 | 0.000 | $19.57 | $21.70 | 8,942.94 | 0.00 |
| Fid Sel Medical Del | 0.000 | 189.671 | $21.87 | $24.65 | 0.00 | 4,675.39 |
| Fid Sel Software | 0.000 | 149.956 | $27.29 | $30.73 | 0.00 | 4,608.15 |
| Fid Sel Technology | 115.077 | 115.077 | $41.36 | $44.61 | 4,759.59 | 5,133.59 |
| **Bond Investments** | | | | | **$218,886.98** | **$224,928.31** |
| Fidelity Cap & Inc | 2,049.216 | 2,086.794 | $8.63 | $9.00 | 17,684.73 | 18,781.15 |
| Fidelity High Income | 896.018 | 913.805 | $11.46 | $11.76 | 10,268.37 | 10,746.35 |
| Spartan Shrt Term Bd | 21,405.144 | 21,759.556 | $8.92 | $8.98 | 190,933.88 | 195,400.81 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

01/03/2003 13:37 FAX 617 198 3166     HUMAN RESOURCES     Case 1:04-cv-11572-RWZ     Document 20-7     Filed 02/04/2005     Page 2 of 11     ☑003

01/03/03   14:03 FAX

MT. Auburn Hospital

Statement Period: 01/01/1995 to 03/31/1995

## Market Value of Your Account (continued)

| Investment | Shares on 12/31/1994 | Shares on 03/31/1995 | Price on 12/31/1994 | Price on 03/31/1995 | Market Value on 12/31/1994 | Market Value on 03/31/1995 |
|---|---|---|---|---|---|---|
| **Short-Term Investments** | | | | | $186,289.05 | $87,080.32 |
| Fid Sel Money Market | 21,176.160 | 21,475.190 | $1.00 | $1.00 | 21,176.16 | 21,475.19 |
| Fidelity Cash Resrve | 165,112.890 | 65,605.130 | $1.00 | $1.00 | 165,112.89 | 65,605.13 |
| **Account Total** | | | | | **$440,391.33** | **$350,249.78** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

## Your Contribution Elections as of 01/03/2003
This section displays the funds in which your future contributions will be invested.

| Investment | Employer | Age 50 Catch Up | Employee Voluntary |
|---|---|---|---|
| Fidelity Cash Resrve | 100% | 100% | 100% |
| Total | 100% | 100% | 100% |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Sel Develop Comm | Fid Sel Electronics | Fid Sel Energy Svcs | Fid Sel Healthcare | Fid Sel Indust Equip |
|---|---|---|---|---|---|
| Beginning Balance | $4,786.64 | $4,794.16 | $4,504.20 | $7,427.77 | $8,942.94 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | -30.00 |
| Exchanges | 0.00 | 0.00 | 0.00 | 0.00 | -9,324.22 |
| Change in Account Value | 63.85 | 868.60 | 602.45 | 776.35 | 411.28 |
| Ending Balance | $4,850.49 | $5,662.76 | $5,106.65 | $8,204.12 | $0.00 |
| Dividends & Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Activity | Fid Sel Medical Del | Fid Sel Money Market | Fid Sel Software | Fid Sel Technology | Fidelity Cap & Inc |
|---|---|---|---|---|---|
| Beginning Balance | $0.00 | $21,176.16 | $0.00 | $4,759.59 | $17,684.73 |
| Exchanges | 4,662.11 | 0.00 | 4,662.11 | 0.00 | 0.00 |
| Change in Account Value | 13.28 | 299.03 | -53.96 | 374.00 | 1,096.42 |
| Ending Balance | $4,675.39 | $21,475.19 | $4,608.15 | $5,133.59 | $18,781.15 |
| Dividends & Interest | $0.00 | $299.03 | $0.00 | $0.00 | $334.72 |

| Activity | Fidelity Cash Resrve | Fidelity High Income | Spartan Shrt Term Bd | Total |
|---|---|---|---|---|
| Beginning Balance | $165,112.89 | $10,268.37 | $190,933.88 | $440,391.33 |
| Employer Contributions | 2,696.10 | 0.00 | 0.00 | 2,696.10 |
| Transfer In | 20,528.17 | 0.00 | 0.00 | 20,528.17 |
| Withdrawals | -123,578.04 | 0.00 | 0.00 | -123,578.04 |
| Fees | 0.00 | 0.00 | 0.00 | -30.00 |
| Change in Account Value | 846.01 | 477.98 | 4,466.93 | 10,242.22 |
| Ending Balance | $65,605.13 | $10,746.35 | $195,400.81 | $350,249.78 |
| Dividends & Interest | $846.01 | $206.77 | $3,177.75 | $4,864.28 |

MT. Auburn Hospital

Statement Period: 01/01/1995 to 03/31/1995

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Fid Sel Indust Equip** | | | | | |
| 03/28/1995 | Exchange Out | Employer | -455.508 | $20.47 | -9,324.22 |
| 03/28/1995 | Realized G/L | Employer | | | -78.75 |
| 03/28/1995 | Fees | Employer | -0.732 | $20.47 | -15.00 |
| 03/28/1995 | Exchange Fee | Employer | -0.732 | $20.47 | -15.00 |
| **Fid Sel Medical Del** | | | | | |
| 03/28/1995 | Exchange In | Employer | 189.671 | $24.58 | $4,662.11 |
| **Fid Sel Money Market** | | | | | |
| 01/31/1995 | Dividend | Employer | 86.380 | $1.00 | $86.38 |
| 01/31/1995 | Dividend | Employee Voluntary | 15.520 | $1.00 | $15.52 |
| 02/28/1995 | Dividend | Employer | 80.410 | $1.00 | $80.41 |
| 02/28/1995 | Dividend | Employee Voluntary | 14.450 | $1.00 | $14.45 |
| 03/31/1995 | Dividend | Employer | 86.700 | $1.00 | $86.70 |
| 03/31/1995 | Dividend | Employee Voluntary | 15.570 | $1.00 | $15.57 |
| **Fid Sel Software** | | | | | |
| 03/28/1995 | Exchange In | Employer | 149.956 | $31.09 | $4,662.11 |
| **Fidelity Cap & Inc** | | | | | |
| 01/31/1995 | Dividend | Employer | 2.616 | $8.71 | $22.78 |
| 01/31/1995 | Dividend | Employee Voluntary | 9.803 | $8.71 | $85.39 |
| 02/28/1995 | Dividend | Employer | 2.471 | $9.01 | $22.26 |
| 02/28/1995 | Dividend | Employee Voluntary | 9.256 | $9.01 | $83.40 |
| 03/31/1995 | Dividend | Employer | 2.829 | $9.00 | $25.46 |
| 03/31/1995 | Dividend | Employee Voluntary | 10.603 | $9.00 | $95.43 |
| **Fidelity Cash Reserve** | | | | | |
| 01/05/1995 | Transfer Out | Employer | -123,578.040 | $1.00 | -123,578.04 |
| 01/09/1995 | Contribution | Employer | 711.780 | $1.00 | $711.78 |
| 01/18/1995 | Transfer In | Employer | 9,577.820 | $1.00 | $9,577.82 |
| 01/31/1995 | Dividend | Employer | 253.700 | $1.00 | $253.70 |
| 01/31/1995 | Dividend | Employee Voluntary | 55.350 | $1.00 | $55.35 |
| 02/07/1995 | Contribution | Employer | 992.200 | $1.00 | $992.20 |
| 02/17/1995 | Transfer In | Employer | 5,426.530 | $1.00 | $5,426.53 |
| 02/28/1995 | Dividend | Employer | 183.380 | $1.00 | $183.38 |
| 02/28/1995 | Dividend | Employee Voluntary | 51.410 | $1.00 | $51.41 |
| 03/07/1995 | Contribution | Employer | 992.120 | $1.00 | $992.12 |
| 03/16/1995 | Transfer In | Employer | 5,523.820 | $1.00 | $5,523.82 |
| 03/31/1995 | Dividend | Employer | 244.040 | $1.00 | $244.04 |
| 03/31/1995 | Dividend | Employee Voluntary | 58.130 | $1.00 | $58.13 |
| **Fidelity High Income** | | | | | |
| 01/31/1995 | Dividend | Employee Voluntary | 6.171 | $11.46 | $70.72 |
| 02/28/1995 | Dividend | Employee Voluntary | 5.522 | $11.66 | $64.38 |
| 03/31/1995 | Dividend | Employee Voluntary | 6.094 | $11.76 | $71.67 |
| **Spartan Shrt Term Bd** | | | | | |
| 01/31/1995 | Dividend | Employer | 26.685 | $8.94 | $238.39 |
| 01/31/1995 | Dividend | Employee Voluntary | 95.340 | $8.94 | $852.34 |
| 02/28/1995 | Dividend | Employer | 24.392 | $8.98 | $219.04 |
| 02/28/1995 | Dividend | Employee Voluntary | 87.211 | $8.98 | $783.16 |
| 03/31/1995 | Dividend | Employer | 26.403 | $8.98 | $237.10 |
| 03/31/1995 | Dividend | Employee Voluntary | 94.401 | $8.98 | $847.72 |

0004  FM000004    0001   20030103  FM3B



## MT. Auburn Hospital

### Retirement Savings Statement
April 1, 1995 - June 30, 1995

#BWNFXQN                          ENV#FM000005
                                  FM 50151 T

ANTHONY P SCAPICCHIO M.D.
770 BOYLSTON STREET APT. #9B
BOSTON, MA 02199-7708

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---|
| Beginning Balance | $350,249.78 |
| Employer Contributions | 3,224.39 |
| Transfer In | 16,913.10 |
| Fees | –105.00 |
| Change in Account Value | 13,020.71 |
| Ending Balance | $383,302.98 |

| Additional Information | |
|---|---|
| Dividends & Interest | $8,213.86 |

**Your Personal Rate of Return**

| | |
|---|---|
| This Period | 3.6% |
| Year to Date | 6.8% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation



■ Stocks 8%
■ Bonds 61%
□ Short-Term 31%

Your investments are currently allocated among the displayed asset classes. Percentages and totals may not be exact due to rounding.

## Market Value of Your Account
This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares on 03/31/1995 | Shares on 06/30/1995 | Price on 03/31/1995 | Price on 06/30/1995 | Market Value on 03/31/1995 | Market Value on 06/30/1995 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | $38,241.15 | $29,834.12 |
| Fid Sel Air Transprt | 0.000 | 139.978 | $14.83 | $18.34 | 0.00 | 2,567.20 |
| Fid Sel Computers | 0.000 | 61.425 | $33.03 | $40.98 | 0.00 | 2,517.20 |
| Fid Sel Develop Comm | 236.494 | 0.000 | $20.51 | $22.65 | 4,850.49 | 0.00 |
| Fid Sel Electronics | 250.284 | 214.850 | $21.84 | $29.76 | 5,662.78 | 6,393.94 |
| Fid Sel Energy Svcs | 404.327 | 0.000 | $12.63 | $13.28 | 5,106.65 | 0.00 |
| Fid Sel Gold | 0.000 | 113.039 | $21.27 | $21.93 | 0.00 | 2,478.95 |
| Fid Sel Healthcare | 104.912 | 0.000 | $78.20 | $83.87 | 8,204.12 | 0.00 |
| Fid Sel Medical Del | 189.571 | 0.000 | $24.65 | $23.37 | 4,675.39 | 0.00 |
| Fid Sel Precious Mtl | 0.000 | 140.522 | $16.99 | $17.08 | 0.00 | 2,400.12 |
| Fid Sel Software | 149.956 | 220.878 | $30.73 | $35.43 | 4,608.15 | 7,825.71 |
| Fid Sel Technology | 115.077 | 106.986 | $44.61 | $52.82 | 5,133.59 | 5,651.00 |
| **Bond Investments** | | | | | $224,928.31 | $232,941.21 |
| Fidelity Cap & Inc | 2,086.794 | 2,169.473 | $9.00 | $9.06 | 18,781.15 | 19,671.58 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

01/03/2003 17:08 FAX 617 499 3168    HUMAN RESOURCES    ☑006
01/03/03  14:03 FAX

MT. Auburn Hospital

Statement Period: 04/01/1995 to 06/30/1995

## Market Value of Your Account (continued)

| Investment | Shares on 03/31/1995 | Shares on 06/30/1995 | Price on 03/31/1995 | Price on 06/30/1995 | Market Value on 03/31/1995 | Market Value on 06/30/1995 |
|---|---|---|---|---|---|---|
| Fidelity High Income | 913.805 | 948.406 | $11.76 | $12.00 | 10,746.35 | 11,380.87 |
| Spartan Shrt Term Bd | 21,759.556 | 22,112.679 | $8.98 | $9.13 | 195,400.61 | 201,888.78 |
| | | | | | $87,080.32 | $120,527.65 |
| Short-Term Investments | | | | | | |
| Fid Sel Money Market | 21,475.190 | 9,272.430 | $1.00 | $1.00 | 21,475.19 | 9,272.43 |
| Fidelity Cash Resrve | 85,605.130 | 111,255.220 | $1.00 | $1.00 | 65,605.13 | 111,255.22 |
| **Account Total** | | | | | **$350,249.78** | **$383,302.98** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

## Your Contribution Elections as of 01/03/2003
This section displays the funds in which your future contributions will be invested.

| Investment | Employer | Age 50 Catch Up | Employee Voluntary |
|---|---|---|---|
| Fidelity Cash Resrve | 100% | 100% | 100% |
| Total | 100% | 100% | 100% |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Sel Air Transport | Fid Sel Computers | Fid Sel Develop Comm | Fid Sel Electronics | Fid Sel Energy Svcs |
|---|---|---|---|---|---|
| Beginning Balance | $0.00 | $0.00 | $4,850.49 | $5,662.76 | $5,106.65 |
| Fees | 0.00 | 0.00 | -30.00 | -15.00 | -15.00 |
| Exchanges | 2,500.00 | 2,500.00 | -4,808.66 | -659.93 | -5,439.37 |
| Change in Account Value | 67.20 | 17.20 | -11.83 | 1,406.11 | 347.72 |
| Ending Balance | $2,567.20 | $2,517.20 | $0.00 | $6,393.94 | $0.00 |
| Dividends & Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Activity | Fid Sel Gold | Fid Sel Healthcare | Fid Sel Medical Del | Fid Sel Money Market | Fid Sel Precious Mtl |
|---|---|---|---|---|---|
| Beginning Balance | $0.00 | $8,204.12 | $4,875.39 | $21,475.19 | $0.00 |
| Fees | 0.00 | -15.00 | -15.00 | 0.00 | 0.00 |
| Exchanges | 2,404.33 | -8,298.07 | -4,512.24 | -12,500.00 | 2,404.33 |
| Change in Account Value | 74.62 | 106.95 | -148.15 | 297.24 | -4.21 |
| Ending Balance | $2,478.95 | $0.00 | $0.00 | $9,272.43 | $2,400.12 |
| Dividends & Interest | $0.00 | $43.01 | $13.28 | $297.24 | $0.00 |

| Activity | Fid Sel Software | Fid Sel Technology | Fidelity Cap & Inc | Fidelity Cash Resrve | Fidelity High Income |
|---|---|---|---|---|---|
| Beginning Balance | $4,608.15 | $5,133.59 | $18,781.15 | $65,605.13 | $10,746.35 |
| Employer Contributions | 0.00 | 0.00 | 0.00 | 3,224.39 | 0.00 |
| Transfer In | 0.00 | 0.00 | 0.00 | 16,913.10 | 0.00 |
| Fees | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 |
| Exchanges | 2,500.00 | -257.12 | 0.00 | 24,164.73 | 0.00 |
| Change in Account Value | 717.56 | 789.53 | 890.43 | 1,347.87 | 634.52 |
| Ending Balance | $7,825.71 | $5,651.00 | $19,671.58 | $111,255.22 | $11,380.87 |
| Dividends & Interest | $0.00 | $158.81 | $727.14 | $1,347.87 | $416.65 |

0005  FM000005    0001  20030103  FM3B

01/03/2003 17:08 FAX 617 499 5168    HUMAN RESOURCES    ☑008
01/03/03  14:04 FAX    ☑007

MT. Auburn Hospital

Statement Period: 04/01/1995 to 06/30/1995

## Your Account Activity (continued)

| Activity | Spartan Shrt Term Bd | Total |
|---|---|---|
| Beginning Balance | $195,400.81 | $350,249.78 |
| Employer Contributions | 0.00 | 3,224.39 |
| Transfer In | 0.00 | 16,913.10 |
| Fees | 0.00 | -105.00 |
| Change in Account Value | 6,487.95 | 13,020.71 |
| Ending Balance | $201,888.76 | $383,302.98 |
| Dividends & Interest | $3,209.86 | $6,213.86 |

## Your Transaction Detail

This section will provide you with detailed day to day activity in your account during the statement period.

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Fid Sel Air Transport** | | | | | |
| 06/27/1995 | Exchange In | Employee Voluntary | 139.978 | $17.86 | $2,500.00 |
| **Fid Sel Computers** | | | | | |
| 06/27/1995 | Exchange In | Employer | 61.425 | $40.70 | $2,500.00 |
| **Fid Sel Develop Comm** | | | | | |
| 04/03/1995 | Exchange Out | Employee Voluntary | -235.026 | $20.46 | -4,808.66 |
| 04/03/1995 | Realized G/L | Employee Voluntary | | | -6.76 |
| 04/03/1995 | Fees | Employee Voluntary | -0.734 | $20.46 | -15.00 |
| 04/03/1995 | Exchange Fee | Employee Voluntary | -0.734 | $20.46 | -15.00 |
| **Fid Sel Electronics** | | | | | |
| 05/01/1995 | Exchange Out | Employer | -129.090 | $24.49 | -3,159.93 |
| 05/01/1995 | Realized G/L | Employer | | | $763.60 |
| 05/01/1995 | Fees | Employer | -0.306 | $24.49 | -7.50 |
| 05/01/1995 | Exchange Fee | Employer | -0.306 | $24.49 | -7.50 |
| 06/27/1995 | Exchange In | Employer | 85.208 | $29.34 | $2,500.00 |
| **Fid Sel Energy Svcs** | | | | | |
| 05/01/1995 | Exchange Out | Employee Voluntary | -403.215 | $13.49 | -5,439.37 |
| 05/01/1995 | Realized G/L | Employee Voluntary | | | $420.21 |
| 05/01/1995 | Fees | Employee Voluntary | -0.556 | $13.49 | -7.50 |
| 05/01/1995 | Exchange Fee | Employee Voluntary | -0.556 | $13.49 | -7.50 |
| **Fid Sel Gold** | | | | | |
| 04/03/1995 | Exchange In | Employee Voluntary | 113.039 | $21.27 | $2,404.33 |
| **Fid Sel Healthcare** | | | | | |
| 04/07/1995 | Dividend | Employer | 0.545 | $78.88 | $43.01 |
| 05/01/1995 | Exchange Out | Employer | -105.267 | $78.81 | -8,296.07 |
| 05/01/1995 | Realized G/L | Employer | | | $599.34 |
| 05/01/1995 | Fees | Employer | -0.095 | $78.81 | -7.50 |
| 05/01/1995 | Exchange Fee | Employer | -0.095 | $78.81 | -7.50 |
| **Fid Sel Medical Del** | | | | | |
| 04/07/1995 | Dividend | Employer | 0.549 | $24.17 | $13.28 |
| 05/01/1995 | Exchange Out | Employer | -189.590 | $23.80 | -4,512.24 |
| 05/01/1995 | Realized G/L | Employer | | | -148.15 |
| 05/01/1995 | Fees | Employer | -0.315 | $23.80 | -7.50 |
| 05/01/1995 | Exchange Fee | Employer | -0.315 | $23.80 | -7.50 |
| **Fid Sel Money Market** | | | | | |

0005  FM000005    0001  20030103  FM3B

MT. Auburn Hospital                                    Statement Period: 04/01/1995 to 06/30/1995

## Your Transaction Detail (continued)

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| 04/30/1995 | Dividend | Employer | 85.300 | $1.00 | $85.30 |
| 04/30/1995 | Dividend | Employee Voluntary | 15.330 | $1.00 | $15.33 |
| 05/31/1995 | Dividend | Employer | 87.320 | $1.00 | $87.32 |
| 05/31/1995 | Dividend | Employee Voluntary | 15.690 | $1.00 | $15.69 |
| 06/27/1995 | Exchange Out | Employer | -10,000.000 | $1.00 | -10,000.00 |
| 06/27/1995 | Exchange Out | Employee Voluntary | -2,500.000 | $1.00 | -2,500.00 |
| 06/30/1995 | Dividend | Employer | 79.620 | $1.00 | $79.62 |
| 06/30/1995 | Dividend | Employee Voluntary | 13.980 | $1.00 | $13.98 |
| **Fld Sel Precious Mtl** | | | | | |
| 04/03/1995 | Exchange In | Employee Voluntary | 140.522 | $17.11 | $2,404.33 |
| **Fld Sel Software** | | | | | |
| 06/27/1995 | Exchange In | Employer | 70.922 | $35.25 | $2,500.00 |
| **Fld Sel Technology** | | | | | |
| 04/13/1995 | Dividend | Employer | 3.567 | $44.52 | $158.81 |
| 05/01/1995 | Exchange Out | Employer | -59.002 | $46.73 | -2,757.12 |
| 05/01/1995 | Realized G/L | Employer | | | $198.44 |
| 05/01/1995 | Fees | Employer | -0.160 | $46.73 | -7.50 |
| 05/01/1995 | Exchange Fee | Employer | -0.160 | $46.73 | -7.50 |
| 06/27/1995 | Exchange In | Employer | 47.664 | $52.45 | $2,500.00 |
| **Fidelity Cap & Inc** | | | | | |
| 04/30/1995 | Dividend | Employer | 2.634 | $9.17 | $24.15 |
| 04/30/1995 | Dividend | Employee Voluntary | 9.870 | $9.17 | $90.51 |
| 05/31/1995 | Dividend | Employer | 2.866 | $9.28 | $24.74 |
| 05/31/1995 | Dividend | Employee Voluntary | 9.980 | $9.28 | $92.70 |
| 06/30/1995 | Dividend | Employer | 11.485 | $9.08 | $104.28 |
| 06/30/1995 | Dividend | Employee Voluntary | 43.035 | $9.08 | $390.76 |
| **Fidelity Cash Resrve** | | | | | |
| 04/07/1995 | Contribution | Employer | 1,240.150 | $1.00 | $1,240.15 |
| 04/07/1995 | Transfer In | Employee Voluntary | 5,668.180 | $1.00 | $5,668.18 |
| 04/30/1995 | Dividend | Employer | 255.680 | $1.00 | $255.68 |
| 04/30/1995 | Dividend | Employee Voluntary | 75.110 | $1.00 | $75.11 |
| 05/01/1995 | Exchange In | Employer | 18,725.360 | $1.00 | $18,725.36 |
| 05/01/1995 | Exchange In | Employee Voluntary | 5,439.370 | $1.00 | $5,439.37 |
| 05/04/1995 | Contribution | Employer | 992.120 | $1.00 | $992.12 |
| 05/05/1995 | Transfer In | Employee Voluntary | 11,244.920 | $1.00 | $11,244.92 |
| 05/31/1995 | Dividend | Employer | 353.890 | $1.00 | $353.89 |
| 05/31/1995 | Dividend | Employee Voluntary | 151.650 | $1.00 | $151.65 |
| 06/05/1995 | Contribution | Employer | 992.120 | $1.00 | $992.12 |
| 06/30/1995 | Dividend | Employer | 351.430 | $1.00 | $351.43 |
| 06/30/1995 | Dividend | Employee Voluntary | 160.110 | $1.00 | $160.11 |
| **Fidelity High Income** | | | | | |
| 04/30/1995 | Dividend | Employee Voluntary | 5.398 | $11.99 | $64.72 |
| 05/31/1995 | Dividend | Employee Voluntary | 5.428 | $12.15 | $65.95 |
| 06/02/1995 | Dividend | Employee Voluntary | 5.337 | $12.13 | $64.73 |
| 06/30/1995 | Dividend | Employee Voluntary | 18.438 | $12.00 | $221.25 |
| **Spartan Shrt Term Bd** | | | | | |
| 04/30/1995 | Dividend | Employer | 25.698 | $9.02 | $231.80 |
| 04/30/1995 | Dividend | Employee Voluntary | 91.886 | $9.02 | $828.81 |
| 05/31/1995 | Dividend | Employer | 26.502 | $9.12 | $241.70 |
| 05/31/1995 | Dividend | Employee Voluntary | 94.756 | $9.12 | $864.17 |
| 06/30/1995 | Dividend | Employer | 24.977 | $9.13 | $228.04 |
| 06/30/1995 | Dividend | Employee Voluntary | 89.304 | $9.13 | $815.34 |

0005   FM000005      0001   20030103   FMSB



## MT. Auburn Hospital

#BWNFXQN          ENV#FM000006
                   FM 50151 T
ANTHONY P SCAPICCHIO M.D.
770 BOYLSTON STREET APT. #9B
BOSTON, MA 02199-7708

### Retirement Savings Statement
July 1, 1995 - September 30, 1995

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---|
| Beginning Balance | $383,302.98 |
| Employer Contributions | 744.09 |
| Transfer In | 19,533.31 |
| Fees | -413.97 |
| Change in Account Value | 7,836.16 |
| Ending Balance | $411,007.57 |

**Additional Information**
| | |
|---|---|
| Dividends & Interest | $5,394.38 |

**Your Personal Rate of Return**
| | |
|---|---|
| This Period | 2.0% |
| Year to Date | 9.0% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation



■ Stocks 26%
■ Bonds 58%
□ Short-Term 16%

Your investments are currently allocated among the displayed asset classes. Percentages and totals may not be exact due to rounding.

## Market Value of Your Account
This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares on 06/30/1995 | Shares on 09/30/1995 | Price on 06/30/1995 | Price on 09/30/1995 | Market Value on 06/30/1995 | Market Value on 09/30/1995 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$29,834.12** | **$108,287.30** |
| Fid Sel Air Transprt | 139.978 | 0.000 | $18.34 | $18.90 | 2,567.20 | 0.00 |
| Fid Sel Computers | 61.425 | 0.000 | $40.98 | $49.86 | 2,517.20 | 0.00 |
| Fid Sel Electronics | 214.850 | 2,925.746 | $29.76 | $35.28 | 6,393.94 | 103,220.39 |
| Fid Sel Gold | 113.039 | 113.039 | $21.93 | $22.56 | 2,478.95 | 2,550.18 |
| Fid Sel Precious Mtl | 140.522 | 140.522 | $17.08 | $17.91 | 2,400.12 | 2,516.75 |
| Fid Sel Software | 220.878 | 0.000 | $35.43 | $39.39 | 7,825.71 | 0.00 |
| Fid Sel Technology | 106.986 | 0.000 | $52.82 | $62.72 | 5,651.00 | 0.00 |
| **Bond Investments** | | | | | **$232,941.21** | **$237,577.30** |
| Fidelity Cap & Inc | 2,168.473 | 2,207.356 | $9.08 | $9.38 | 19,671.58 | 20,705.00 |
| Fidelity High Income | 948.406 | 967.166 | $12.00 | $12.25 | 11,380.87 | 11,847.78 |
| Spartan Shrt Term Bd | 22,112.679 | 22,456.136 | $9.13 | $9.13 | 201,888.76 | 205,024.52 |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

MT. Auburn Hospital                                    Statement Period: 07/01/1995 to 09/30/1995

## Market Value of Your Account (continued)

| Investment | Shares on 06/30/1995 | Shares on 09/30/1995 | Price on 06/30/1995 | Price on 09/30/1995 | Market Value on 06/30/1995 | Market Value on 09/30/1995 |
|---|---|---|---|---|---|---|
| **Short-Term Investments** | | | | | $120,527.65 | $85,142.97 |
| Fid Sel Money Market | 9,272.430 | 0.000 | $1.00 | $1.00 | 9,272.43 | 0.00 |
| Fidelity Cash Resrve | 111,255.220 | 65,142.970 | $1.00 | $1.00 | 111,255.22 | 65,142.97 |
| **Account Total** | | | | | **$383,302.98** | **$411,007.57** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

## Your Contribution Elections as of 01/03/2003
This section displays the funds in which your future contributions will be invested.

| Investment | Employer | Age 50 Catch Up | Employee Voluntary |
|---|---|---|---|
| Fidelity Cash Reserve | 100% | 100% | 100% |
| Total | 100% | 100% | 100% |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Sel Air Transprt | Fid Sel Computers | Fid Sel Develop Comm | Fid Sel Electronics | Fid Sel Gold |
|---|---|---|---|---|---|
| Beginning Balance | $2,567.20 | $2,517.20 | $0.00 | $6,393.94 | $2,478.95 |
| Fees | -15.00 | -73.56 | -87.93 | -130.65 | 0.00 |
| Exchanges | -2,545.20 | -3,063.49 | -251.71 | 97,405.90 | 0.00 |
| Change in Account Value | -7.00 | 619.85 | 339.64 | -448.80 | 71.21 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $103,220.39 | $2,550.16 |
| Dividends & Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Activity | Fid Sel Money Market | Fid Sel Precious Mtl | Fid Sel Software | Fid Sel Technology | Fidelity Cap & Inc |
|---|---|---|---|---|---|
| Beginning Balance | $9,272.43 | $2,400.12 | $7,825.71 | $5,651.00 | $19,671.58 |
| Fees | 0.00 | 0.00 | -52.93 | -53.90 | 0.00 |
| Exchanges | -9,304.21 | 0.00 | -7,884.78 | -6,344.85 | 0.00 |
| Change in Account Value | 31.78 | 116.63 | 112.00 | 747.75 | 1,033.42 |
| Ending Balance | $0.00 | $2,516.75 | $0.00 | $0.00 | $20,705.00 |
| Dividends & Interest | $31.78 | $0.00 | $0.00 | $0.00 | $381.98 |

| Activity | Fidelity Cash Resrve | Fidelity High Income | Spartan Shrt Term Bd | Total |
|---|---|---|---|---|
| Beginning Balance | $111,255.22 | $11,380.87 | $201,888.76 | $383,302.98 |
| Employer Contributions | 744.09 | 0.00 | 0.00 | 744.09 |
| Transfer In | 19,538.31 | 0.00 | 0.00 | 19,538.31 |
| Fees | 0.00 | 0.00 | 0.00 | -413.97 |
| Exchanges | -68,011.66 | 0.00 | 0.00 | 0.00 |
| Change in Account Value | 1,617.01 | 466.91 | 3,135.76 | 7,836.16 |
| Ending Balance | $85,142.97 | $11,847.78 | $205,024.52 | $411,007.57 |
| Dividends & Interest | $1,617.01 | $228.99 | $3,134.82 | $5,394.38 |

0006   FM000006        0001   20030103   FM3B

01/03/2005 09:10 FAX 617 499 5868   HUMAN RESOURCES   Case 1:04-cv-11573-RWZ   Document 29-7   Filed 02/04/2005   Page 10 of 11   ☑011

01/03/03  14:05 FAX   ☑011

MT. Auburn Hospital                                 Statement Period: 07/01/1995 to 09/30/1995

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Fid Sel Air Transport** | | | | | |
| 08/14/1995 | Exchange Out | Employee Voluntary | -139.158 | $18.29 | -2,545.20 |
| 08/14/1995 | Realized G/L | Employee Voluntary | | | $60.20 |
| 08/14/1995 | Fees | Employee Voluntary | -0.410 | $18.29 | -7.50 |
| 08/14/1995 | Exchange Fee | Employee Voluntary | -0.410 | $18.29 | -7.50 |
| **Fid Sel Computers** | | | | | |
| 07/19/1995 | Exchange In | Employer | 115.048 | $43.46 | $5,000.00 |
| 08/01/1995 | Exchange In | Employer | 54.466 | $45.90 | $2,500.00 |
| 08/14/1995 | Exchange Out | Employer | -229.342 | $46.06 | -10,583.49 |
| 08/14/1995 | Realized G/L | Employer | | | $637.05 |
| 08/14/1995 | Fees | Employer | -0.163 | $46.06 | -7.50 |
| 08/14/1995 | Fees | Employer | -1.271 | $46.06 | -58.56 |
| 08/14/1995 | Exchange Fee | Employer | -0.163 | $46.06 | -7.50 |
| **Fid Sel Develop Comm** | | | | | |
| 07/24/1995 | Exchange In | Employer | 435.421 | $23.85 | $10,384.78 |
| 08/14/1995 | Exchange Out | Employer | -431.850 | $24.63 | -10,636.49 |
| 08/14/1995 | Realized G/L | Employer | | | $339.64 |
| 08/14/1995 | Fees | Employer | -3.266 | $24.63 | -80.43 |
| 08/14/1995 | Exchange Fee | Employer | -0.305 | $24.63 | -7.50 |
| **Fid Sel Electronics** | | | | | |
| 07/19/1995 | Exchange In | Employer | 79.214 | $31.56 | $2,500.00 |
| 08/01/1995 | Exchange In | Employer | 73.378 | $34.07 | $2,500.00 |
| 08/07/1995 | Exchange In | Employer | 172.367 | $33.23 | $5,727.41 |
| 08/07/1995 | Exchange In | Employee Voluntary | 128.576 | $33.23 | $4,272.59 |
| 08/14/1995 | Exchange Out | Employer | -537.031 | $34.00 | -18,259.06 |
| 08/14/1995 | Realized G/L | Employer | | | $2,714.42 |
| 08/14/1995 | Fees | Employer | -0.221 | $34.00 | -7.50 |
| 08/14/1995 | Fees | Employer | -2.437 | $34.00 | -82.86 |
| 08/14/1995 | Exchange Fee | Employer | -0.110 | $34.00 | -3.75 |
| 08/14/1995 | Exchange Out | Employee Voluntary | -127.502 | $34.00 | -4,335.04 |
| 08/14/1995 | Realized G/L | Employee Voluntary | | | $98.99 |
| 08/14/1995 | Fees | Employee Voluntary | -0.964 | $34.00 | -32.79 |
| 08/14/1995 | Exchange Fee | Employee Voluntary | -0.110 | $34.00 | -3.75 |
| 08/23/1995 | Exchange In | Employee Voluntary | 1,134.752 | $35.25 | $40,000.00 |
| 09/14/1995 | Exchange In | Employee Voluntary | 405.186 | $37.02 | $15,000.00 |
| 09/19/1995 | Exchange In | Employer | 1,348.041 | $36.08 | $48,637.31 |
| 09/19/1995 | Exchange In | Employee Voluntary | 37.769 | $36.08 | $1,362.69 |
| **Fid Sel Money Market** | | | | | |
| 07/19/1995 | Exchange Out | Employer | -962.700 | $1.00 | -962.70 |
| 07/19/1995 | Exchange Out | Employer | -7,500.000 | $1.00 | -7,500.00 |
| 07/19/1995 | Dividend | Employer | 25.110 | $1.00 | $25.11 |
| 07/31/1995 | Dividend | Employee Voluntary | 3.870 | $1.00 | $3.87 |
| 08/23/1995 | Exchange Out | Employee Voluntary | -821.510 | $1.00 | -821.51 |
| 08/23/1995 | Dividend | Employee Voluntary | 2.800 | $1.00 | $2.80 |
| **Fid Sel Software** | | | | | |
| 07/19/1995 | Exchange In | Employer | 70.028 | $35.70 | $2,500.00 |
| 07/24/1995 | Exchange Out | Employer | -289.431 | $35.88 | -10,384.78 |
| 07/24/1995 | Realized G/L | Employer | | | $775.60 |
| 07/24/1995 | Fees | Employer | -0.209 | $35.88 | -7.50 |
| 07/24/1995 | Fees | Employer | -1.057 | $35.88 | -37.93 |
| 07/24/1995 | Exchange Fee | Employer | -0.209 | $35.88 | -7.50 |
| **Fid Sel Technology** | | | | | |
| 07/19/1995 | Exchange In | Employer | 17.799 | $55.21 | $982.70 |

0006  FM000006      0001   20030103  FM9B

MT. Auburn Hospital                                    Statement Period: 07/01/1995 to 09/30/1995

## Your Transaction Detail (continued)

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| 07/19/1995 | Exchange In | Employer | 27.948 | $55.21 | $1,543.00 |
| 08/01/1995 | Exchange In | Employer | 43.193 | $57.88 | $2,500.00 |
| 08/14/1995 | Exchange Out | Employer | -195.001 | $58.31 | -11,370.55 |
| 08/14/1995 | Realized G/L | Employer | | | $1,325.07 |
| 08/14/1995 | Fees | Employer | -0.129 | $58.31 | -7.50 |
| 08/14/1995 | Fees | Employer | -0.667 | $58.31 | -38.90 |
| 08/14/1995 | Exchange Fee | Employer | -0.129 | $58.31 | -7.50 |
| **Fidelity Cap & Inc** | | | | | |
| 07/31/1995 | Dividend | Employer | 2.845 | $9.34 | $26.58 |
| 07/31/1995 | Dividend | Employee Voluntary | 10.682 | $9.34 | $99.58 |
| 08/31/1995 | Dividend | Employer | 2.934 | $9.31 | $27.32 |
| 08/31/1995 | Dividend | Employee Voluntary | 10.999 | $9.31 | $102.40 |
| 09/30/1995 | Dividend | Employer | 2.832 | $9.38 | $26.57 |
| 09/30/1995 | Dividend | Employee Voluntary | 10.611 | $9.38 | $99.53 |
| **Fidelity Cash Resrve** | | | | | |
| 07/06/1995 | Contribution | Employer | 744.090 | $1.00 | $744.09 |
| 07/07/1995 | Transfer In | Employee Voluntary | 10,572.120 | $1.00 | $10,572.12 |
| 07/19/1995 | Exchange Out | Employer | -4,043.000 | $1.00 | -4,043.00 |
| 07/27/1995 | Transfer In | Employee Voluntary | 3,721.470 | $1.00 | $3,721.47 |
| 07/31/1995 | Dividend | Employer | 357.430 | $1.00 | $357.43 |
| 07/31/1995 | Dividend | Employee Voluntary | 202.210 | $1.00 | $202.21 |
| 08/01/1995 | Exchange Out | Employer | -7,500.000 | $1.00 | -7,500.00 |
| 08/07/1995 | Exchange Out | Employer | -5,727.410 | $1.00 | -5,727.41 |
| 08/07/1995 | Exchange Out | Employee Voluntary | -4,272.590 | $1.00 | -4,272.59 |
| 08/14/1995 | Exchange In | Employer | 50,829.590 | $1.00 | $50,829.59 |
| 08/14/1995 | Exchange In | Employee Voluntary | 6,880.240 | $1.00 | $6,880.24 |
| 08/23/1995 | Exchange In | Employee Voluntary | 821.510 | $1.00 | $821.51 |
| 08/23/1995 | Exchange Out | Employee Voluntary | -40,000.000 | $1.00 | -40,000.00 |
| 08/31/1995 | Dividend | Employer | 417.580 | $1.00 | $417.58 |
| 08/31/1995 | Dividend | Employee Voluntary | 184.680 | $1.00 | $184.68 |
| 09/07/1995 | Transfer In | Employee Voluntary | 5,244.720 | $1.00 | $5,244.72 |
| 09/14/1995 | Exchange Out | Employee Voluntary | -15,000.000 | $1.00 | -15,000.00 |
| 09/19/1995 | Exchange Out | Employer | -48,637.310 | $1.00 | -48,637.31 |
| 09/19/1995 | Exchange Out | Employee Voluntary | -1,362.690 | $1.00 | -1,362.69 |
| 09/30/1995 | Dividend | Employer | 417.650 | $1.00 | $417.65 |
| 09/30/1995 | Dividend | Employee Voluntary | 37.460 | $1.00 | $37.46 |
| **Fidelity High Income** | | | | | |
| 07/31/1995 | Dividend | Employee Voluntary | 6.315 | $12.15 | $76.73 |
| 08/31/1995 | Dividend | Employee Voluntary | 6.314 | $12.22 | $77.16 |
| 09/30/1995 | Dividend | Employee Voluntary | 6.131 | $12.25 | $75.10 |
| **Spartan Shrt Term Bd** | | | | | |
| 07/31/1995 | Dividend | Employer | 24.961 | $9.12 | $227.65 |
| 07/31/1995 | Dividend | Employee Voluntary | 89.250 | $9.12 | $813.96 |
| 08/31/1995 | Dividend | Employer | 25.327 | $9.13 | $231.24 |
| 08/31/1995 | Dividend | Employee Voluntary | 90.558 | $9.13 | $826.79 |
| 09/30/1995 | Dividend | Employer | 24.776 | $9.13 | $226.20 |
| 09/30/1995 | Dividend | Employee Voluntary | 88.585 | $9.13 | $808.78 |

## A Message From Fidelity

Planning for Retirement in a Down Market

It's understandable that recent market volatility, which may be reflected in your quarterly statement, may have created feelings of uncertainty. Here are a few things to keep in mind:

0006   FM000006    0001   20030103   FM3B