```
RUN DATE: 11/30/04           Mount Auburn PP System **LIVE**                    PAGE 1
RUN TIME: 0952                      PERIOD INQUIRY
RUN USER: HR.PM
```

### PAYMENT HISTORY
### CALENDAR YEAR 1995

**1995 PAYMENT HISTORY**

029815    SCAPICCHIO, ANTHONY P

| PAY DATE | TC DATE | PAYROLL | PAY STATUS | STATUS DATE | PAYMENT NUMBER | GROSS | NET |
|---|---|---|---|---|---|---|---|
| 01/05/95 | 12/31/94 | MPSREG | CLEARED | 11/03/95 | 0214892 | 3101.20 | 2347.44 |
| 01/12/95 | 01/07/95 | MPSREG | CLEARED | 11/03/95 | 0215764 | 2981.20 | 2243.23 |
| 01/19/95 | 01/14/95 | MPSREG | CLEARED | 11/03/95 | 0217357 | 3219.60 | 2448.05 |
| 01/26/95 | 01/21/95 | MPSREG | CLEARED | 11/03/95 | 0218201 | 3100.40 | 2344.51 |
| 02/02/95 | 01/28/95 | MPSREG | CLEARED | 02/09/95 | 0219047 | 3100.40 | 2344.52 |
| 02/09/95 | 02/04/95 | MPSREG | CLEARED | 02/22/95 | 0219855 | 3100.40 | 2344.53 |
| 02/16/95 | 02/11/95 | MPSREG | CLEARED | 02/22/95 | 0220737 | 3100.40 | 2344.51 |
| 02/23/95 | 02/18/95 | MPSREG | CLEARED | 02/28/95 | 0221566 | 3100.40 | 2330.44 |
| 03/02/95 | 02/25/95 | MPSREG | CLEARED | 03/14/95 | 0222392 | 3100.40 | 2330.45 |
| 03/09/95 | 03/04/95 | MPSREG | CLEARED | 03/14/95 | 0223231 | 3100.40 | 2330.43 |
| 03/16/95 | 03/11/95 | MPSREG | CLEARED | 03/28/95 | 0224161 | 3100.40 | 2330.44 |
| 03/23/95 | 03/18/95 | MPSREG | CLEARED | 03/28/95 | 0224994 | 3100.40 | 2330.45 |
| 03/30/95 | 03/25/95 | MPSREG | CLEARED | 04/11/95 | 0225831 | 3100.40 | 2330.43 |
| 04/06/95 | 04/01/95 | MPSREG | CLEARED | 04/17/95 | 0226654 | 3100.40 | 2330.44 |
| 04/13/95 | 04/08/95 | MPSREG | CLEARED | 04/25/95 | 0227486 | 3100.40 | 2330.44 |
| 04/20/95 | 04/15/95 | MPSREG | CLEARED | 04/25/95 | 0228321 | 3100.40 | 2330.44 |
| 04/27/95 | 04/22/95 | MPSREG | CLEARED | 05/05/95 | 0229166 | 3100.40 | 2330.44 |
| 05/04/95 | 04/29/95 | MPSREG | CLEARED | 05/10/95 | 0230005 | 3100.40 | 2330.44 |
| 05/11/95 | 05/06/95 | MPSREG | CLEARED | 05/17/95 | 0230880 | 3100.40 | 2330.44 |
| 05/18/95 | 05/13/95 | MPSREG | CLEARED | 05/26/95 | 0231735 | 3100.40 | 2371.83 |
| 05/25/95 | 05/20/95 | MPSREG | CLEARED | 06/06/95 | 0232593 | 3100.40 | 2522.23 |
| 06/01/95 | 05/27/95 | MPSREG | CLEARED | 06/06/95 | 0234290 | 3100.40 | 2523.86 |
| 06/08/95 | 06/03/95 | MPSREG | CLEARED | 06/13/95 | 0235133 | 3100.40 | 2523.86 |
| 06/15/95 | 06/10/95 | MPSREG | CLEARED | 06/20/95 | 0235969 | 3100.40 | 2523.86 |
|  |  |  |  |  |  | 74410.40 | 56847.71 |

| | | |
|---|---|---|
| 1995 TOTAL | 74410.40 | 56847.71 |

| | | |
|---|---|---|
| GRAND TOTAL | 74410.40 | 56847.71 |

```
RUN DATE: 01/27/05              Mount Auburn PP System **LIVE**              PAGE 1
RUN TIME: 0943                  PERIOD INQUIRY EXCEPTION REPORT
RUN USER: HR.TF
```

**For: Earnings summary**
**CALENDAR YEARS 1995 THRU 2002**

**1996**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**1997**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**1998**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**1999**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**2000**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**2001**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

**2002**
    029815   SCAPICCHIO,ANTHONY P
        No timecards in this year.

```
CLAIM OFFICE ADDRESS                                              APR 30 1997  CHECK NUMBER         EOB DATE
   DISABILITY PRODUCTS                                                           25061303          04/21/97
   P.O. BOX 1525                         LIBERTY
   DOVER, NH 03821                       MUTUAL                                 CHECK AMOUNT     BLOCK NUMBER
   1-800-210-0268  EXT. 58535                                                   $***3642.27         003292
                                         Liberty Life
                                         Assurance Company of Boston
CLAIM NUMBER
   0000114766
EMPLOYEE NAME                            POLICY NUMBER
   SCAPICCHIO,ANTHONY                       GF3-810-244052-01
EMPLOYEE SSN                             CUSTOMER NAME                          ANALYST ID
   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                              MOUNT AUBURN HOSPITAL                  N0047488
```

___

EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT DATE: 04/21/97          PAYMENT TYPE: LTD                       PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/97 | 04/13/97 | $ 4,075.60 | $ .00 | $ 4,075.60 | $ .00 | $ 433.33 | $ .00 | $ .00 | $ 3,642.27 |

NET CHECK AMOUNT:  $ 3,642.27

| OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |

___

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

| THIS PAYMENT | | THIS PAYMENT | |
|---|---|---|---|
| ADJUSTED GROSS BENEFIT: | $ 4,075.60 | OASDI WITHHOLDING: | $ .00 |
| BENEFIT TAX %: | 13.40 | MEDICARE WITHHOLDING: | $ .00 |
| | | FEDERAL WITHHOLDING: | $ 433.33 |
| OASDI TAXABLE WAGES: | $ .00 | STATE WITHHOLDING: | $ .00 |
| MEDICARE TAXABLE WAGES: | $ .00 | | |
| FEDERAL TAXABLE WAGES: | $ 546.13 | OTHER DEDUCTIONS: | $ .00 |
| FEDERAL (EXCLUDABLE) WAGES: | $ 3,529.47 | | |
| STATE TAXABLE WAGES: | $ 546.13 | NET PAID: | $ 3,642.27 |

EMPLOYEE STATE:  MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

___

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

   MOUNT AUBURN HOSPITAL
   330 MOUNT AUBURN STREET
   CAMBRIDGE           MA 02238