```
CLAIM OFFICE ADDRESS                                                      CHECK NUMBER           EOB DATE
   DISABILITY PRODUCTS                                                       25173757            01/21/98
   P.O. BOX 1525
   DOVER, NH 03821                                                         CHECK AMOUNT       BLOCK NUMBER
   1-800-210-0268  EXT. 38535                                              $**80410.13           002796
```



LIBERTY MUTUAL
Liberty Life
Assurance Company of Boston

```
CLAIM NUMBER
   0000114766
EMPLOYEE NAME                       POLICY NUMBER
   SCAPICCHIO, ANTHONY                 GF3-810-244052-01
EMPLOYEE SSN                        CUSTOMER NAME                          ANALYST ID
   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                         MOUNT AUBURN HOSPITAL                  N0005017
```

---

EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT DATE: 01/21/98          PAYMENT TYPE: LTD                    PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/97 | 01/31/98 | $ 89,976.80 | $ .00 | $ 89,976.80 | $ .00 | $ 9,566.67 | $ .00 | $ .00 | $ 80,410.13 |

NET CHECK AMOUNT: $ 80,410.13

| OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |

---

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

| THIS PAYMENT | | THIS PAYMENT | |
|---|---|---|---|
| ADJUSTED GROSS BENEFIT: | $ 89,976.80 | OASDI WITHHOLDING: | $ .00 |
| BENEFIT TAX %: | 13.40 | MEDICARE WITHHOLDING: | $ .00 |
| | | FEDERAL WITHHOLDING: | $ 9,566.67 |
| | | STATE WITHHOLDING: | $ .00 |
| OASDI TAXABLE WAGES: | $ .00 | | |
| MEDICARE TAXABLE WAGES: | $ .00 | OTHER DEDUCTIONS: | $ .00 |
| FEDERAL TAXABLE WAGES: | $ 12,056.89 | | |
| FEDERAL (EXCLUDABLE) WAGES: | $ 77,919.91 | NET PAID: | $ 80,410.13 |
| STATE TAXABLE WAGES: | $ 12,056.89 | | |

EMPLOYEE STATE: MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

    SUSAN GLOVER
    MOUNT AUBURN HOSPITAL
    330 MOUNT AUBURN STREET
    CAMBRIDGE          MA 02238



Disability Products
P. O. Box 1525
Dover, NH 03821-1525
1-800-210-0268
x53403

January 31, 1997

RE: 1996 W-2's

Enclosed please find your 1996 W-2's. You have been provided with two W-2's as Liberty Life Assurance Company operated from two separate claims databases in 1996.

To determine your 1996 year-to-date disability claim activity, simply combine the totals on both W-2's provided.

The IRS requires that you file both W-2's with your 1996 Tax Return.

If you have any questions concerning this information, please call me at 1-800-210-0268, extension 58403.

Sincerely,

Keith S. Young
Disability Tax Unit
Disability Products