UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -4  A 10: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ANTHONY P. SCAPICCHIO<br>Plaintiff<br><br>v.<br><br>MOUNT AUBURN PROFESSIONAL SERVICES, MOUNT AUBURN HOSPITAL, as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO<br>Defendants | CIVIL ACTION NO. 04-11573-RWZ |

## AFFIDAVIT OF NANCY STRYKER

I, Nancy Stryker, being duly sworn, hereby depose on oath as follows:

1. I was an employee in the Human Resources at Mount Auburn Hospital, 330 Mount Auburn Street, Cambridge, Massachusetts 02138, during 1995.

2. This affidavit is made on personal knowledge.

3. I am no longer employed by Mount Auburn Hospital.

4. I was not at any time part of Mount Auburn management.

5. I was not at any time a fiduciary either of the Long Term Disability Plan or the RetirementPlus 403(b) Plan.

6. I was also not Plan Administrator for either the RetirementPlus 403(b) Plan or the Long Term Disability Plan.

7. I did not at any time have authority to bind Mount Auburn Professional Services, Mount Auburn Hospital, the Long Term Disability Plan, or the RetirementPlus 403(b) Plan.

8. I did not make the statements attributed to me in paragraphs 20-24 of the Affidavit of Plaintiff Anthony P. Scapicchio, M.D. filed in this case.

2

This affidavit is made under the penalties of perjury this 3rd day of February, 2005.

                                                    *Nancy Stryker*
                                                  Nancy Stryker

607200_1