UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY P. SCAPICCHIO<br>Plaintiff<br><br>v.<br><br>MOUNT AUBURN PROFESSIONAL SERVICES, MOUNT AUBURN HOSPITAL, as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO<br>Defendants | CIVIL ACTION NO. 04-11573-RWZ |

## DEFENDANTS' CERTIFICATE OF SERVICE

I, Philip M. Cronin, attorney for the defendants in the above case hereby certify that on the 4th day of February 2005, I served by first class mail, postage prepaid a copy of the following documents on John S. Day, Esquire, 167 Washington Street, Norwell, MA 02061, attorney for the plaintiff:

1. Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Memorandum of Reasons why the Motion Should Not be Granted;

2. Defendants' Reply to Plaintiff's Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment;

3. Defendants' Motion to Strike Certain Paragraphs of the Affidavit of Anthony P. Scapicchio;

4. Supplemental Affidavit of the Defendants in Support of Their Opposition to Plaintiff's Motion for Summary Judgment;

5. Affidavit of Nancy Stryker; and

2

6.  Certificate of Service.

*[signature]*
_____
Philip M. Cronin, Attorney for Defendants

607263_1
5436-90871