UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DISTRICT OF MASSACHUSETTS     CIVIL ACTION NO. 04-11573RWZ

| | |
|---|---|
| ANTHONY P. SCAPICCHIO, M.D., <br> Plaintiff, <br> <br> v. <br> <br> MOUNT AUBURN PROFESSIONAL SERVICES, a Massachusetts non-profit corporation, MOUNT AUBURN HOSPITAL, a hospital incorporated in Massachusetts, for itself and as administrator of the Mount Auburn Hospital RetirementPlus 403(b) Plan, and THOMAS FABIANO, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF ADDRESS OF JOHN S. DAY, ESQUIRE, COUNSEL FOR PLAINTIFF ANTHONY P. SCAPICCHIO, M.D.

John S. Day, Esquire, counsel for the Plaintiff, Anthony P. Scapicchio, M.D., files this Notice of Change of Address. Mr. Day's current address is:

> John S. Day, Esquire
> 24 Bay Road
> Duxbury, MA 02332
> (781) 934-2008 (telephone)
> (781) 846-0780 (facsimile)

> Respectfully submitted,
> **ANTHONY P. SCAPICCHIO, M.D.**
> By his attorney,
>
> /s/ John S. Day
> _____
> John S. Day (BBO #639249)
> 24 Bay Road
> Duxbury, MA 02332
> 781-934-2008 (telephone)
> 781-846-0780 (facsimile)

                                            jday@daylaw.com (electronic mail)

Date:  May 31, 2005

## CERTIFICATE OF SERVICE

I, John S. Day, hereby certify that on the 31st day of May, 2005, I caused a copy of the foregoing to be served, by electronic filing, upon Philip M. Cronin, Peabody & Arnold, 30 Rowes Wharf, 6th Floor, Boston, Massachusetts 02110.

                                                                /s/ John S. Day
                                                                _____
                                                                John S. Day