UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANTHONY P. SCAPICCHIO, M.D.**<br>**Plaintiff** | |
| V. | **CIVIL ACTION**<br><br>**NO. 04-11573-RWZ** |
| **MOUNT AUBURN PROFESSIONAL SERVICES ET AL**<br>**Defendant** | |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the MEMORANDUM OF DECISION entered 7/9/05;

JUDGMENT is entered for defendants.

By the Court,

8/9/05                                s/ Lisa A. Urso
Date                                  Deputy Clerk