UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11573-RWZ

| | |
|---|---|
| ANTHONY P. SCAPICCHIO, M.D.,<br>                    Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| MOUNT AUBURN PROFESSIONAL<br>SERVICES, a Massachusetts non-<br>profit corporation, MOUNT AUBURN<br>HOSPITAL, a hospital incorporated<br>in Massachusetts, for itself and as<br>administrator of the Mount Auburn<br>Hospital RetirementPlus 403(b)<br>Plan, and THOMAS FABIANO,<br>                    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF PLAINTIFF ANTHONY P. SCAPICCHIO, M.D. IN SUPPORT
OF MOTION FOR RECONSIDERATION**

I, Anthony P. Scapicchio, M.D., hereby state as follows:

1.      I am the plaintiff in the matter captioned above, and the statements set forth in this

Affidavit are based upon my personal knowledge.  I am competent to testify

regarding the facts set forth in this Affidavit, all of which would constitute

admissible evidence.

2.      I paid a portion of the premiums for the long-term disability plan "("the LTD

Plan"), offered by Liberty Mutual Insurance Company, that I purchased while I

was employed by Mount Auburn Hospital.

3.      I was not subjected to taxation for that portion of the long-term disability benefits

I received, under the LTD Plan, that was attributed to the premium I directly paid

for the LTD Plan.

4.    The monthly Explanation of Benefit Statements I received from Liberty Mutual

reflect that 86.6% of my monthly long term disability payment was exempt from

taxation.

5.    The W-2 forms I received between 1995 and 2002 indicate that 86.6% of my long

term disability payment was exempt from taxation.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS ___ DAY OF AUGUST, 2005.**

Anthony P. Scapicchio, M.D.

Aug 17, 2005

**CERTIFICATE OF SERVICE**

I, John S. Day, hereby certify that on the 18th day of August, 2005, I caused a copy of the foregoing to be served, by electronic filing, upon Philip M. Cronin, Peabody & Arnold, 30 Rowes Wharf, 6th Floor, Boston, Massachusetts 02110.

/s/

John S. Day

2