CLAIM OFFICE ADDRESS
  DISABILITY PRODUCTS
  P.O. BOX 1525
  DOVER, NH 03821
  1-800-210-0268 EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25546713 | 01/21/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9130.20 | 000148 |

CLAIM NUMBER
  0000114766
EMPLOYEE NAME
  SCAPICCHIO,ANTHONY
EMPLOYEE SSN
  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

POLICY NUMBER
  GF3-810-244052-01
CUSTOMER NAME
  MOUNT AUBURN HOSPITAL

ANALYST ID
  N0001112

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 01/21/00    PAYMENT TYPE: LTD      PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/00 | 01/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,230.20 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT: $ 9,130.20

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 01/01/00 | 01/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO: LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,230.20
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $ .00
MEDICARE TAXABLE WAGES: $ .00
FEDERAL TAXABLE WAGES: $ 1,236.85
FEDERAL (EXCLUDABLE) WAGES: $ 7,993.35
STATE TAXABLE WAGES: $ 1,236.85

THIS PAYMENT

OASDI WITHHOLDING: $ .00
MEDICARE WITHHOLDING: $ .00
FEDERAL WITHHOLDING: $ 100.00
STATE WITHHOLDING: $ .00

OTHER DEDUCTIONS: $ .00

NET PAID: $ 9,130.20

EMPLOYEE STATE: MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25563392 | 02/21/00 |

| CHECK AMOUNT | BLOCK NUMBER |
|---|---|
| $***9130.20 | 000169 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0001112

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  02/21/00          PAYMENT TYPE: LTD                          PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/00 | 02/29/00 | $ 9,995.20 | $ 1,316.00 | $ 9,230.20 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT:  $ 9,130.20

| | OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
| SS - DISABILITY | 02/01/00 | 02/29/00 | $ 1,316.00 | | | | | |
| TOTAL OFFSET(S) | | | $ 1,316.00 | | | | | |

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

| | | | | THIS PAYMENT | |
|---|---|---|---|---|---|
| ADJUSTED GROSS BENEFIT: | $ 9,230.20 | | OASDI WITHHOLDING: | $ | .00 | EMPLOYEE STATE:  MA |
| BENEFIT TAX %: | 13.40 | | MEDICARE WITHHOLDING: | $ | .00 |
| | | | FEDERAL WITHHOLDING: | $ | 100.00 |
| OASDI TAXABLE WAGES: | $ | .00 | STATE WITHHOLDING: | $ | .00 |
| MEDICARE TAXABLE WAGES: | $ | .00 | | | |
| FEDERAL TAXABLE WAGES: | $ | 1,236.85 | OTHER DEDUCTIONS: | $ | .00 |
| FEDERAL (EXCLUDABLE) WAGES: | $ | 7,993.35 | | | |
| STATE TAXABLE WAGES: | $ | 1,236.85 | NET PAID: | $ | 9,130.20 |

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25582049 | 03/21/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9130.20 | 000145 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0001112

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 03/21/00    PAYMENT TYPE: LTD    PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/00 | 03/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,230.00 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT: $ 9,130.20

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 03/01/00 | 03/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,230.20
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $ 1,236.85
FEDERAL (EXCLUDABLE) WAGES: $ 7,993.35
STATE TAXABLE WAGES: $ 1,236.85

THIS PAYMENT

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $    100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,130.20

EMPLOYEE STATE:    MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535



LIBERTY MUTUAL
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25601285 | 04/20/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9130.20 | 000123 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0001112

---

### EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 04/20/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM 04/01/00 | PAYMENT THRU 04/30/00 | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| | | $ 9,995.20 | $ 1,316.00 | $ 9,230.20 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT:  $ 9,130.20

#### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 04/01/00 | 04/30/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

#### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

---

MEMO:  LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

### TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,230.20
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $  1,236.85
FEDERAL (EXCLUDABLE) WAGES: $  7,993.35
STATE TAXABLE WAGES: $  1,236.85

THIS PAYMENT

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $     100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,130.20

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25620446 | 05/22/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9130.20 | 000188 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0001112

---

**EXPLANATION OF BENEFIT (EOB) STATEMENT**

PAYMENT DATE: 05/22/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | 05/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,230.20 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT:  $ 9,130.20

**OFFSET(S)-DETAIL**

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 05/01/00 | 05/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

**OTHER DEDUCTION(S)-DETAIL**

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

**TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY**

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,230.20
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,236.85
FEDERAL (EXCLUDABLE) WAGES: $  7,993.35
STATE TAXABLE WAGES: $  1,236.85

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $  9,130.20

EMPLOYEE STATE:    MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS

CLAIM OFFICE ADDRESS
-DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25639860 | 06/20/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9130.20 | 000128 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
NO001112

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 06/20/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/00 | 06/30/00 | $ 9,995.20 | $ 1,316.00 | $ 9,230.20 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,130.20 |

NET CHECK AMOUNT: $ 9,130.20

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 06/01/00 | 06/30/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,230.20
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $    1,236.85
FEDERAL (EXCLUDABLE) WAGES: $  7,993.35
STATE TAXABLE WAGES: $    1,236.85

THIS PAYMENT

OASDI WITHHOLDING: $       .00
MEDICARE WITHHOLDING: $       .00
FEDERAL WITHHOLDING: $    100.00
STATE WITHHOLDING: $       .00

EMPLOYEE STATE:    MA

OTHER DEDUCTIONS: $       .00

NET PAID: $  9,130.20

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
-DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**LIBERTY MUTUAL**

Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25660211 | 07/21/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000136 |

CLAIM NUMBER
  0000114766
EMPLOYEE NAME
  SCAPICCHIO,ANTHONY
EMPLOYEE SSN
  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

POLICY NUMBER
  GF3-810-244052-01
CUSTOMER NAME
  MOUNT AUBURN HOSPITAL

ANALYST ID
  N0001112

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  07/21/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/00 | 07/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 07/01/00 | 07/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

### TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

**THIS PAYMENT**

ADJUSTED GROSS BENEFIT: $  9,507.11
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $   1,273.95
FEDERAL (EXCLUDABLE) WAGES: $   8,233.16
STATE TAXABLE WAGES: $   1,273.95

**THIS PAYMENT**

OASDI WITHHOLDING: $        .00          EMPLOYEE STATE:    MA
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $  9,407.11

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
   IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
-DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25680164 | 08/21/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000193 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0001112

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 08/21/00          PAYMENT TYPE: LTD                    PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/00 | 08/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 08/01/00 | 08/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

---

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
## FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,273.95
FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16
STATE TAXABLE WAGES: $ 1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $      .00          EMPLOYEE STATE:  MA
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,407.11

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
-DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535



**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25701786 | 09/20/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000132 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

---

EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  09/20/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/00 | 09/30/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 09/01/00 | 09/30/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $     .00
MEDICARE TAXABLE WAGES: $     .00
FEDERAL TAXABLE WAGES: $ 1,273.95
FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16
STATE TAXABLE WAGES: $ 1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $     .00
MEDICARE WITHHOLDING: $     .00
FEDERAL WITHHOLDING: $  100.00
STATE WITHHOLDING: $     .00

OTHER DEDUCTIONS: $     .00

NET PAID: $ 9,407.11

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**LIBERTY MUTUAL**
Liberty Life
Assurance Company of Boston

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25723383 | 10/23/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000171 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

---

EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  10/23/00                    PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/00 | 10/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 10/01/00 | 10/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

---

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

| THIS PAYMENT | | THIS PAYMENT | |
|---|---|---|---|
| ADJUSTED GROSS BENEFIT: $ 9,507.11 | | | |
| BENEFIT TAX %:  13.40 | OASDI WITHHOLDING: $ .00 | EMPLOYEE STATE:   MA |
| | MEDICARE WITHHOLDING: $ .00 | |
| | FEDERAL WITHHOLDING: $ 100.00 | |
| OASDI TAXABLE WAGES: $ .00 | STATE WITHHOLDING: $ .00 | |
| MEDICARE TAXABLE WAGES: $ .00 | | |
| FEDERAL TAXABLE WAGES: $ 1,273.95 | OTHER DEDUCTIONS: $ .00 | |
| FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16 | | |
| STATE TAXABLE WAGES: $ 1,273.95 | NET PAID: $ 9,407.11 | |

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268   EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25743017 | 11/20/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000163 |

CLAIM NUMBER
0000114766

EMPLOYEE NAME
SCAPICCHIO, ANTHONY

EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01

CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

---

**EXPLANATION OF BENEFIT (EOB) STATEMENT**

PAYMENT DATE:   11/20/00

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/00 | 11/30/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:   $ 9,407.11

**OFFSET(S)-DETAIL**

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 11/01/00 | 11/30/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

**OTHER DEDUCTION(S)-DETAIL**

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

**TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY**

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:   13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $ 1,273.95
FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16
STATE TAXABLE WAGES: $ 1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $  9,407.11

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25764664 | 12/21/00 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000145 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  12/21/00          PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | 12/31/00 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 12/01/00 | 12/31/00 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

---

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

**THIS PAYMENT**

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $     .00
MEDICARE TAXABLE WAGES: $     .00
FEDERAL TAXABLE WAGES: $  1,273.95
FEDERAL (EXCLUDABLE) WAGES: $  8,233.16
STATE TAXABLE WAGES: $  1,273.95

**THIS PAYMENT**

OASDI WITHHOLDING: $      .00          EMPLOYEE STATE:   MA
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $  9,407.11

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535


Liberty Mutual.

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25784791 | 01/22/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000167 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  01/22/01
PAYMENT TYPE: LTD
PAYEE:  EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/01 | 01/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $  .00 | $ 100.00 | $  .00 | $  .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 01/01/01 | 01/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:   13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,273.95
FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16
STATE TAXABLE WAGES: $ 1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,407.11

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

 Liberty Mutual.

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25803754 | 02/19/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000127 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 02/19/01
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/01 | 02/28/01 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 02/01/01 | 02/28/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $   1,273.95
FEDERAL (EXCLUDABLE) WAGES: $   8,233.16
STATE TAXABLE WAGES: $   1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $     100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,407.11

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25825371 | 03/21/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000124 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE:  03/21/01

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM 03/01/01 | PAYMENT THRU 03/31/01 | GROSS BENEFIT $ 9,995.20 | (OFFSETS) $ 1,316.00 | ADJ. GROSS BENEFIT $ 9,507.11 | (FICA WITHHOLD.) $ .00 | (F.I.T. WITHHOLD.) $ 100.00 | (S.I.T. WITHHOLD.) $ .00 | (OTHER DEDUCTIONS) $ .00 | NET PAYMENT $ 9,407.11 |
|---|---|---|---|---|---|---|---|---|---|

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 03/01/01 | 03/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

### TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,273.95
FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16
STATE TAXABLE WAGES: $ 1,273.95

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $  100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,407.11

EMPLOYEE STATE:    MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25846232 | 04/20/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000114 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

## EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 04/20/01    PAYMENT TYPE: LTD                         PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/01 | 04/30/01 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 04/01/01 | 04/30/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

**THIS PAYMENT**

ADJUSTED GROSS BENEFIT: $ 9,507.11
BENEFIT TAX %:    13.40

OASDI TAXABLE WAGES: $       .00
MEDICARE TAXABLE WAGES: $       .00
FEDERAL TAXABLE WAGES: $  1,273.95
FEDERAL (EXCLUDABLE) WAGES: $  8,233.16
STATE TAXABLE WAGES: $  1,273.95

**THIS PAYMENT**

OASDI WITHHOLDING: $       .00          EMPLOYEE STATE:    MA
MEDICARE WITHHOLDING: $       .00
FEDERAL WITHHOLDING: $    100.00
STATE WITHHOLDING: $       .00

OTHER DEDUCTIONS: $       .00

NET PAID: $  9,407.11

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25866341 | 05/21/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $****9407.11 | 000182 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0054334

EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT DATE: 05/21/01
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/01 | 05/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,507.11 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,407.11 |

NET CHECK AMOUNT:  $ 9,407.11

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 05/01/01 | 05/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

| THIS PAYMENT | | THIS PAYMENT | |
|---|---|---|---|
| ADJUSTED GROSS BENEFIT: $ 9,507.11 | | OASDI WITHHOLDING: $ .00 | EMPLOYEE STATE:  MA |
| BENEFIT TAX %: 13.40 | | MEDICARE WITHHOLDING: $ .00 | |
| | | FEDERAL WITHHOLDING: $ 100.00 | |
| OASDI TAXABLE WAGES: $ .00 | | STATE WITHHOLDING: $ .00 | |
| MEDICARE TAXABLE WAGES: $ .00 | | | |
| FEDERAL TAXABLE WAGES: $ 1,273.95 | | OTHER DEDUCTIONS: $ .00 | |
| FEDERAL (EXCLUDABLE) WAGES: $ 8,233.16 | | | |
| STATE TAXABLE WAGES: $ 1,273.95 | | NET PAID: $ 9,407.11 | |

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| CHECK NUMBER | CHECK DATE |
|---|---|
| 25887398 | 06/20/01 |
| CHECK AMOUNT | BLOCK NUMBER |
| $***9407.11 | 000133 |

CLAIM NUMBER
  0000114766
EMPLOYEE NAME
  SCAPICCHIO,ANTHONY
EMPLOYEE SSN
  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

POLICY NUMBER
  GF3-810-244052-01
CUSTOMER NAME
  MOUNT AUBURN HOSPITAL

ANALYST ID
  N0046859

---

EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT DATE: 06/20/01          PAYMENT TYPE: LTD

| PAYMENT FROM 06/01/01 | PAYMENT THRU 06/30/01 | GROSS BENEFIT $ 9,995.20 | (OFFSETS) $ 1,316.00 | ADJ. GROSS BENEFIT $ 9,507.11 | (FICA WITHHOLD.) $ .00 | (F.I.T. WITHHOLD.) $ 100.00 | (S.I.T. WITHHOLD.) $ .00 | PAYEE: EMPLOYEE (OTHER DEDUCTIONS) $ .00 | NET PAYMENT $ 9,407.11 |
|---|---|---|---|---|---|---|---|---|---|

NET CHECK AMOUNT:   $  9,407.11

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 06/01/01 | 06/30/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,507.11
            BENEFIT TAX %:  13.40

| | THIS PAYMENT |
|---|---|
| OASDI TAXABLE WAGES: $ | .00 |
| MEDICARE TAXABLE WAGES: $ | .00 |
| FEDERAL TAXABLE WAGES: $ | 1,273.95 |
| FEDERAL (EXCLUDABLE) WAGES: $ | 8,233.16 |
| STATE TAXABLE WAGES: $ | 1,273.95 |

| | THIS PAYMENT |
|---|---|
| OASDI WITHHOLDING: $ | .00 |
| MEDICARE WITHHOLDING: $ | .00 |
| FEDERAL WITHHOLDING: $ | 100.00 |
| STATE WITHHOLDING: $ | .00 |
| OTHER DEDUCTIONS: $ | .00 |
| NET PAID: $ | 9,407.11 |

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


**Liberty Mutual.**

| PAYMENT REF | DEPOSIT DATE |
|---|---|
| 45117645 | 07/28/01 |

BANK ROUTING #          BLOCK NUMBER
011900445                        000158

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0046859

---

EOB DATE:  07/23/01

## EXPLANATION OF BENEFIT (EOB) STATEMENT
### PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/01 | 07/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 07/01/01 | 07/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:  LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

### TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $  9,792.32
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $       .00
MEDICARE TAXABLE WAGES: $       .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $  8,480.15
STATE TAXABLE WAGES: $  1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

EMPLOYEE STATE:  MA

OTHER DEDUCTIONS: $    .00

NET PAID: $  9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON                    MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


**Liberty Mutual.**

PAYMENT REF
45121690

DEPOSIT DAT
08/26/01

BANK ROUTING #
011900445

BLOCK NUMBEI
000129

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0046859

---

EOB DATE: 08/21/01

## EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/01 | 08/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT: $ 9,692.32

### OFFSET(S)-DETAIL
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 08/01/01 | 08/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:  LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,312.17
FEDERAL (EXCLUDABLE) WAGES: $ 8,480.15
STATE TAXABLE WAGES: $ 1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $ 100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

EMPLOYEE STATE:  MA

NET PAID: $ 9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY  SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON            MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| PAYMENT REF | DEPOSIT DAT |
|---|---|
| 45125574 | 09/25/01 |

| BANK ROUTING # | BLOCK NUMBEI |
|---|---|
| 011900445 | 000120 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0046859

---

EOB DATE:  09/20/01

### EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/01 | 09/30/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 09/01/01 | 09/30/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:  LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

### TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

| | | THIS PAYMENT | |
|---|---|---|---|
| ADJUSTED GROSS BENEFIT: $ 9,792.32 | | | |
| BENEFIT TAX %:  13.40 | OASDI WITHHOLDING: $ | .00 | EMPLOYEE STATE:  MA |
| | MEDICARE WITHHOLDING: $ | .00 | |
| OASDI TAXABLE WAGES: $ .00 | FEDERAL WITHHOLDING: $ | 100.00 | |
| MEDICARE TAXABLE WAGES: $ .00 | STATE WITHHOLDING: $ | .00 | |
| FEDERAL TAXABLE WAGES: $ 1,312.17 | | | |
| FEDERAL (EXCLUDABLE) WAGES: $ 8,480.15 | OTHER DEDUCTIONS: $ | .00 | |
| STATE TAXABLE WAGES: $ 1,312.17 | NET PAID: $ | 9,692.32 | |

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY    SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

| PAYMENT REF | DEPOSIT DATE |
| 45129720 | 10/27/01 |

| BANK ROUTING # | BLOCK NUMBER |
| 011900445 | 000173 |

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE:  10/22/01

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/01 | 10/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $  9,692.32

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 10/01/01 | 10/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $  9,792.32
BENEFIT TAX %:   13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $   1,312.17
FEDERAL (EXCLUDABLE) WAGES: $   8,480.15
STATE TAXABLE WAGES: $   1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $        .00        EMPLOYEE STATE:   MA
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $     100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $  9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON            MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

PAYMENT REF
45134020

DEPOSIT DATE
11/25/01

BANK ROUTING #
011900445

BLOCK NUMBER
000126

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

EOB DATE: 11/20/01

### EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/01 | 11/30/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 11/01/01 | 11/30/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

### TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,312.17
FEDERAL (EXCLUDABLE) WAGES: $ 8,480.15
STATE TAXABLE WAGES: $ 1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,692.32

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535

**Liberty Mutual.**

PAYMENT REF
45138740

DEPOSIT DATE
12/26/01

BANK ROUTING #
011900445

BLOCK NUMBER
000134

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

EOB DATE: 12/21/01

**EXPLANATION OF BENEFIT (EOB) STATEMENT**
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/01 | 12/31/01 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 12/01/01 | 12/31/01 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

**TAX REPORTING INFORMATION**
**FOR THIS PAYMENT ONLY**

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $     .00
MEDICARE TAXABLE WAGES: $     .00
FEDERAL TAXABLE WAGES: $ 1,312.17
FEDERAL (EXCLUDABLE) WAGES: $ 8,480.15
STATE TAXABLE WAGES: $ 1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $     .00
MEDICARE WITHHOLDING: $     .00
FEDERAL WITHHOLDING: $  100.00
STATE WITHHOLDING: $     .00

EMPLOYEE STATE:  MA

OTHER DEDUCTIONS: $     .00

NET PAID: $ 9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY  SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45142885

DEPOSIT DATE
01/26/02

BANK ROUTING #
011900445

BLOCK NUMBER
000178

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

### EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 01/21/02    PAYMENT TYPE: LTD    PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/02 | 01/31/02 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 01/01/02 | 01/31/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

### TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $  8,480.15
STATE TAXABLE WAGES: $  1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $  9,692.32

EMPLOYEE STATE:    MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON            MA 02199

CLAIM OFFICE ADDRESS
  DISABILITY PRODUCTS
  P.O. BOX 1525
  DOVER, NH 03821
  1-800-210-0268  EXT. 38535

**Liberty Mutual**

| PAYMENT REF | DEPOSIT DATE |
|---|---|
| 45147088 | 02/23/02 |

| BANK ROUTING # | BLOCK NUMBER |
|---|---|
| 011900445 | 0134 |

CLAIM NUMBER
  0000114766
EMPLOYEE NAME
  SCAPICCHIO, ANTHONY
EMPLOYEE SSN
  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

POLICY NUMBER
  GF3-810-244052-01
CUSTOMER NAME
  MOUNT AUBURN HOSPITAL

ANALYST ID
  N0000733

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 02/18/02        PAYMENT TYPE: LTD        PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/02 | 02/28/02 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

| OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
| SS - DISABILITY | 02/01/02 | 02/28/02 | $ 1,316.00 | | | | |
| TOTAL OFFSET(S) | | | $ 1,316.00 | | | | |

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

**THIS PAYMENT**

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $  8,480.15
STATE TAXABLE WAGES: $  1,312.17

**THIS PAYMENT**

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,692.32

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON        MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45152003

DEPOSIT DATE
03/26/02

BANK ROUTING #
011900445

BLOCK NUMBER
000136

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0003968

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE:  03/21/02                PAYMENT TYPE: LTD                        PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/02 | 03/31/02 | $ 9,995.20 | 1,316.00 | $ 9,792.32 | $      .00 | $  100.00 | $      .00 | $      .00 | $ 9,692.32 |

NET DEPOSIT:  $  9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 03/01/02 | 03/31/02 | $  1,316.00 |
| TOTAL OFFSET(S) | | | $  1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:     LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $  9,792.32
BENEFIT TAX %:   13.40

OASDI TAXABLE WAGES: $       .00
MEDICARE TAXABLE WAGES: $       .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $  8,480.15
STATE TAXABLE WAGES: $  1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $       .00          EMPLOYEE STATE:   MA
MEDICARE WITHHOLDING: $       .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $       .00

OTHER DEDUCTIONS: $       .00

NET PAID: $  9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON                    MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45156392

DEPOSIT DATE
04/27/02

BANK ROUTING #
011900445

BLOCK NUMBER
000170

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0003968

---

EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 04/22/02

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/02 | 04/30/02 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,692.32 |

NET DEPOSIT:  $ 9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 04/01/02 | 04/30/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 9,792.32
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $  8,480.15
STATE TAXABLE WAGES: $  1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,692.32

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY  SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45161273

DEPOSIT DATE
05/26/02

BANK ROUTING #
011900445

BLOCK NUMBER
000132

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0003968

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 05/21/02        PAYMENT TYPE: LTD                    PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/02 | 05/31/02 | $ 9,995.20 | $ 1,316.00 | $ 9,792.32 | $  .00 | $ 100.00 | $  .00 | $  .00 | $ 9,692.32 |

NET DEPOSIT:  $  9,692.32

| OFFSET(S)-DETAIL | | | | | OTHER DEDUCTION(S)-DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
| SS - DISABILITY | 05/01/02 | 05/31/02 | $ 1,316.00 | | | | | |
| TOTAL OFFSET(S) | | | $ 1,316.00 | | | | | |

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $  9,792.32
BENEFIT TAX %:   13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,312.17
FEDERAL (EXCLUDABLE) WAGES: $ 8,480.15
STATE TAXABLE WAGES: $  1,312.17

THIS PAYMENT

OASDI WITHHOLDING: $      .00       EMPLOYEE STATE:    MA
MEDICARE WITHHOLDING: $   .00
FEDERAL WITHHOLDING: $  100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $  9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

CLAIM OFFICE ADDRESS
  DISABILITY PRODUCTS
  P.O. BOX 1525
  DOVER, NH 03821
  1-800-210-0268  EXT. 38535



PAYMENT REF          DEPOSIT DATE
45166097             06/25/02

BANK ROUTING #       BLOCK NUMBER
011900445            000126

CLAIM NUMBER
  0000114766
EMPLOYEE NAME
  SCAPICCHIO,ANTHONY
EMPLOYEE SSN
  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

POLICY NUMBER
  GF3-810-244052-01
CUSTOMER NAME
  MOUNT AUBURN HOSPITAL

ANALYST ID
N0003968

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 06/20/02                    PAYMENT TYPE: LTD                    PAYEE: EMPLOYEE

| PAYMENT FROM 06/01/02 | PAYMENT THRU 06/30/02 | GROSS BENEFIT $ 9,995.20 | (OFFSETS) $ 1,316.00 | ADJ. GROSS BENEFIT $ 9,792.32 | (FICA WITHHOLD.) $ .00 | (F.I.T. WITHHOLD.) $ 100.00 | (S.I.T. WITHHOLD.) $ .00 | (OTHER DEDUCTIONS) $ .00 | NET PAYMENT $ 9,692.32 |
|---|---|---|---|---|---|---|---|---|---|

NET DEPOSIT:  $  9,692.32

OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 06/01/02 | 06/30/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

---

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT                                      THIS PAYMENT

ADJUSTED GROSS BENEFIT: $  9,792.32        OASDI WITHHOLDING: $        .00    EMPLOYEE STATE:    MA
       BENEFIT TAX %:  13.40             MEDICARE WITHHOLDING: $        .00
                                          FEDERAL WITHHOLDING: $     100.00
       OASDI TAXABLE WAGES: $        .00     STATE WITHHOLDING: $        .00
    MEDICARE TAXABLE WAGES: $        .00
     FEDERAL TAXABLE WAGES: $   1,312.17     OTHER DEDUCTIONS: $        .00
FEDERAL (EXCLUDABLE) WAGES: $   8,480.15
       STATE TAXABLE WAGES: $   1,312.17          NET PAID: $  9,692.32

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
     IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

        ANTHONY   SCAPICCHIO
        770 BOYLSTON STREET
        APT. 9B
        BOSTON          MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45171609

DEPOSIT DATE
07/28/02

BANK ROUTING #
011900445

BLOCK NUMBER
000047

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 07/23/02

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/02 | 07/31/02 | $ 9,995.20 | $ 1,316.00 | $ 10,086.09 | $      .00 | $ 100.00 | $      .00 | $      .00 | $ 9,986.09 |

NET DEPOSIT:  $ 9,986.09

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 07/01/02 | 07/31/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 10,086.09
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $ 1,351.54
FEDERAL (EXCLUDABLE) WAGES: $ 8,734.55
STATE TAXABLE WAGES: $ 1,351.54

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $ 100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,986.09

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


Liberty Mutual.

PAYMENT REF
45175881

DEPOSIT DATE
08/26/02

BANK ROUTING #
0119C0445

BLOCK NUMBER
000115

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 08/21/02    PAYMENT TYPE: LTD                              PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/02 | 08/31/02 | $ 9,995.20 | $ 1,316.00 | $ 10,086.09 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,986.09 |

NET DEPOSIT:  $ 9,986.09

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 08/01/02 | 08/31/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

### TAX REPORTING INFORMATION
### FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 10,086.09
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,351.54
FEDERAL (EXCLUDABLE) WAGES: $  8,734.55
STATE TAXABLE WAGES: $  1,351.54

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $ 9,986.09

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON              MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


**Liberty Mutual.**

PAYMENT REF
45180605

DEPOSIT DATE
09/25/02

BANK ROUTING #
011900445

BLOCK NUMBER
000123

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO, ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE: 09/20/02    PAYMENT TYPE: LTD              PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/02 | 09/30/02 | $ 9,995.20 | $ 1,316.00 | $ 10,086.09 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,986.09 |

NET DEPOSIT:  $ 9,986.09

### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 09/01/02 | 09/30/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 10,086.09
BENEFIT TAX %:    13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $   1,351.54
FEDERAL (EXCLUDABLE) WAGES: $   8,734.55
STATE TAXABLE WAGES: $   1,351.54

THIS PAYMENT

OASDI WITHHOLDING: $        .00      EMPLOYEE STATE:    MA
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $        .00

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,986.09

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268 EXT. 38535

**Liberty Mutual.**

PAYMENT REF
45185504

DEPOSIT DATE
10/26/02

BANK ROUTING #
011900445

BLOCK NUMBER
000164

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

EOB DATE: 10/21/02

### EXPLANATION OF BENEFIT (EOB) STATEMENT
PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/02 | 10/31/02 | $ 9,995.20 | $ 1,316.00 | $ 10,086.09 | $ .00 | $ 100.00 | $ .00 | $ .00 | $ 9,986.09 |

NET DEPOSIT: $ 9,986.09

#### OFFSET(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|
| SS - DISABILITY | 10/01/02 | 10/31/02 | $ 1,316.00 |
| TOTAL OFFSET(S) | | | $ 1,316.00 |

#### OTHER DEDUCTION(S)-DETAIL

| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|

MEMO:   LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

### TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

**THIS PAYMENT**

ADJUSTED GROSS BENEFIT: $ 10,086.09
BENEFIT TAX %: 13.40

OASDI TAXABLE WAGES: $        .00
MEDICARE TAXABLE WAGES: $        .00
FEDERAL TAXABLE WAGES: $  1,351.54
FEDERAL (EXCLUDABLE) WAGES: $  8,734.55
STATE TAXABLE WAGES: $  1,351.54

**THIS PAYMENT**

OASDI WITHHOLDING: $        .00
MEDICARE WITHHOLDING: $        .00
FEDERAL WITHHOLDING: $  100.00
STATE WITHHOLDING: $        .00

EMPLOYEE STATE:   MA

OTHER DEDUCTIONS: $        .00

NET PAID: $ 9,986.09

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

EXPLANATION OF BENEFITS FOR:

ANTHONY  SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON          MA 02199

CLAIM OFFICE ADDRESS
DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535



PAYMENT REF
45191065

DEPOSIT DATE
11/25/02

BANK ROUTING #
011900445

BLOCK NUMBER
000114

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
.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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

---

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE:  11/20/02

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/02 | 11/30/02 | $ 9,995.20 | $ 1,316.00 | $ 10,086.09 | $     .00 | $   100.00 | $     .00 | $     .00 | $ 9,986.09 |

NET DEPOSIT:   $ 9,986.09

| OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/01/02 | 11/30/02 | $ 1,316.00 | | | | |
| TOTAL OFFSET(S) | | | $ 1,316.00 | | | | |

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

---

## TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 10,086.09
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $      .00
MEDICARE TAXABLE WAGES: $      .00
FEDERAL TAXABLE WAGES: $  1,351.54
FEDERAL (EXCLUDABLE) WAGES: $  8,734.55
STATE TAXABLE WAGES: $  1,351.54

THIS PAYMENT

OASDI WITHHOLDING: $      .00
MEDICARE WITHHOLDING: $      .00
FEDERAL WITHHOLDING: $   100.00
STATE WITHHOLDING: $      .00

OTHER DEDUCTIONS: $      .00

NET PAID: $  9,986.09

EMPLOYEE STATE:   MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

---

DISABILITY PRODUCTS
P.O. BOX 1525
DOVER, NH 03821

Liberty Mutual.

EXPLANATION OF BENEFITS FOR:

ANTHONY   SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON            MA 02199

CLAIM OFFICE ADDRESS
GROUP MARKET DISABILITY CLAIMS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268  EXT. 38535


**Liberty Mutual.**

PAYMENT REF
45196419

DEPOSIT DATE
12/28/02

BANK ROUTING #
011900445

BLOCK NUMBER
000173

CLAIM NUMBER
0000114766
EMPLOYEE NAME
SCAPICCHIO,ANTHONY
EMPLOYEE SSN
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

POLICY NUMBER
GF3-810-244052-01
CUSTOMER NAME
MOUNT AUBURN HOSPITAL

ANALYST ID
N0000733

## EXPLANATION OF BENEFIT (EOB) STATEMENT

EOB DATE:  12/23/02

PAYMENT TYPE: LTD

PAYEE: EMPLOYEE

| PAYMENT FROM | PAYMENT THRU | GROSS BENEFIT | (OFFSETS) | ADJ. GROSS BENEFIT | (FICA WITHHOLD.) | (F.I.T. WITHHOLD.) | (S.I.T. WITHHOLD.) | (OTHER DEDUCTIONS) | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/02 | 12/18/02 | $ 9,995.20 | $ 789.60 | $ 10,049.73 | $ .00 | $ 60.00 | $ .00 | $ .00 | $ 9,989.73 |

NET DEPOSIT:    $  9,989.73

| OFFSET(S)-DETAIL | | | | OTHER DEDUCTION(S)-DETAIL | | | |
| DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT | DESCRIPTION | PERIOD FROM | PERIOD THRU | AMOUNT |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 12/01/02 | 12/18/02 | $ 789.60 | | | | |
| TOTAL OFFSET(S) | | | $ 789.60 | | | | |

MEMO:    LONG TERM DISABILITY BENEFITS WITH CORRECT COLA & SOCIAL SECURITY OFFSET.

### TAX REPORTING INFORMATION
FOR THIS PAYMENT ONLY

THIS PAYMENT

THIS PAYMENT

ADJUSTED GROSS BENEFIT: $ 10,049.73
BENEFIT TAX %:  13.40

OASDI TAXABLE WAGES: $       .00
MEDICARE TAXABLE WAGES: $       .00
FEDERAL TAXABLE WAGES: $  1,346.66
FEDERAL (EXCLUDABLE) WAGES: $  8,703.07
STATE TAXABLE WAGES: $  1,346.66

OASDI WITHHOLDING: $       .00
MEDICARE WITHHOLDING: $       .00
FEDERAL WITHHOLDING: $     60.00
STATE WITHHOLDING: $       .00

OTHER DEDUCTIONS: $       .00

NET PAID: $  9,989.73

EMPLOYEE STATE:    MA

PLEASE NOTE: THE TAX INFORMATION DESCRIBED ABOVE IS PROVIDED TO THE CUSTOMER FOR THEIR REPORTING ONLY.
IT IS NOT DESIGNED TO COMPLETE INDIVIDUAL TAX RETURNS AND SHOULD NOT BE USED FOR THAT PURPOSE.

GROUP MARKET DISABILITY CLAIMS
P.O. BOX 1525
DOVER, NH 03821

**Liberty Mutual.**

EXPLANATION OF BENEFITS FOR:

ANTHONY    SCAPICCHIO
770 BOYLSTON STREET
APT. 9B
BOSTON        MA 02199