| OMB No. 1545-0008 | | |
|---|---|---|
| a Control number 001 | 1 Wages, tips, other compensation 10039.66 | 2 Federal income tax withheld 5000.00 |
| | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| | 5 Medicare wages and tips 4808.07 | 6 Medicare tax withheld 82.37 |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICES
330 MOUNT AUBURN STREET
CAMBRIDGE, MA. 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| b Employer's identification number 04-3026897 | | d Employee's social security number 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 |
| 13 See Instrs. for Box 13 SICK PAY (J) 64883.18 | | 14 Other |

e Employee's name, address, and ZIP code
ANTHONY SCAPICCHIO
240 NAHANT ROAD
NAHANT, MA. 01908

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Hshld. emp. | Subtotal | Deferred compensation |
|---|---|---|---|---|---|---|

| 1995 | 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. 10039.66 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | 18 State income tax 0.00 | | 19 Locality name |
| Copy for EMPLOYEE'S State, City, or Local Income Tax Return | 20 Local wages, tips, etc. 10039.66 | | 21 Local income tax 0.00 |

Department of the Treasury—Internal Revenue Service

---

| OMB No. 1545-0008 | | |
|---|---|---|
| a Control number | 1 Wages, tips, other compensation 74246.24 | 2 Federal income tax withheld 3600.00 |
| | 3 Social security wages 61200.00 | 4 Social security tax withheld 3794.40 |
| | 5 Medicare wages and tips 74246.24 | 6 Medicare tax withheld 1076.57 |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included |
| b Employer's identification number 043026897 | | d Employee's social security number 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 |
| 13 See Instrs. for Box 13 C 1453.92 | | 14 Other |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT, MA
01908

| 15 Statutory employee | Deceased | Pension plan X | Legal rep. | Hshld. emp. | Subtotal | Deferred compensation |
|---|---|---|---|---|---|---|

| 1995 | 16 State MA | Employer's state I.D. No. 042103606 | 17 State wages, tips, etc. 74246.24 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | 18 State income tax 4232.58 | | 19 Locality name |
| Copy for EMPLOYEE'S State, City, or Local Income Tax Return | 20 Local wages, tips, etc. | | 21 Local income tax |

Department of the Treasury—Internal Revenue Service

## W-2 Wage and Tax Statement 1996

| Field | Value |
|---|---|
| b Employer's identification number | 04-3026897 |
| c Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SVCS. 330 MOUNT AUBURN STREET CAMBRIDGE, MA 02238 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | ANTHONY SCAPICCHIO 240 NAHANT ROAD NAHANT, MA 01908 |
| 1 Wages, tips, other compensation | 12182.00 |
| 2 Federal income tax withheld | 8000.00 |
| 3 Social security wages | 0.00 |
| 4 Social security tax withheld | 0.00 |
| 5 Medicare wages and tips | 0.00 |
| 6 Medicare tax withheld | 0.00 |
| 13 See Instrs. for box 13 | SICK PAY (J) 76728.46 |
| 17 State wages, tips, etc. | 12182.00 |
| 18 State income tax | 0.00 |
| 20 Local wages, tips, etc. | 12182.00 |
| 21 Local income tax | 0.00 |

## W-2 Wage and Tax Statement 1996

| Field | Value |
|---|---|
| a Control number | 00. |
| b Employer's identification number | 04-3026897 |
| c Employer's name, address, and ZIP code | MOUNT AUBURN PROFESSIONAL SVCS. 330 MOUNT AUBURN STREET CAMBRIDGE, MA 02238 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | ANTHONY SCAPICCHIO 240 NAHANT ROAD NAHANT, MA 01908 |
| 1 Wages, tips, other compensation | 3780.91 |
| 2 Federal income tax withheld | 3000.00 |
| 3 Social security wages | 0.00 |
| 4 Social security tax withheld | 0.00 |
| 5 Medicare wages and tips | 0.00 |
| 6 Medicare tax withheld | 0.00 |
| 13 See Instrs. for box 13 | J 24434.81 |
| 14 Other | SICK PAY |

## W-2 — 1997

Copy C For EMPLOYEE'S RECORDS (See Notice)
1997  OMB No. 1545-0008

- a Control number: 7827
- 1 Wages, tips, other comp.: 4327.03
- 2 Federal income tax withheld: 3433.33
- 3 Social security wages:
- 4 Social security tax withheld:
- b Employer's ID no.: 043026897
- 5 Medicare wages and tips:
- 6 Medicare tax withheld:
- c Employer's name, address, and ZIP code:
  Mount Auburn Professional Services
  330 Mount Auburn Street
  Cambridge, MA. 02238
- d Employee's social security number: 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
- e Employee's name, address, and ZIP code:
  Anthony Scapicchio
  240 Nahant Street
  Nahant, MA. 01908
- 13 See Instrs. for Box 13: J  27964.29
- 14 Other: Sick Pay
- 15 MA
- 17 State wages, tips, etc.: 4327.03
- 20 Local wages, tips, etc.: 4327.03

Form W-2 Wage and Tax Statement — Dept. of the Treasury–IRS  41-1628061

## W-2 — 1998

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)
1998  OMB No. 1545-0

- a Control number:
- 1 Wages, tips, other comp.: 26,130.43
- 2 Federal income tax withheld: 20,566.67
- b Employer ID number: 04-3026897
- c Employer's name, address, and ZIP code:
  MOUNT AUBURN PROFESSIONAL SERVICES
  330 MOUNT AUBURN STREET
  CAMBRIDGE, MA  02238
- d Employee's social security number: 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
- e Employee's name, address, and ZIP code:
  ANTHONY SCAPICCHIO
  240 NAHANT ROAD
  NAHANT, MA  01908
- 13 See instrs. for box 13: J  168,872.93
- 14 Other: SICK PAY
- 16 State Employer's state I.D. #: MA  04-3026897
- 17 State wages, tips, etc.: 26,130.43

Form W-2 Wage and Tax Statement — Dept. of the Treasury — IRS  41-1628

## W-2 — 1999

Copy C For EMPLOYEE'S RECORDS

- a Control number: 177743
- 1 Wages, tips, other compensation: 14626.02
- 2 Federal income tax withheld: 7500.00
- c Employer's name, address, and ZIP code:
  MOUNT AUBURN HOSPITAL
  330 MT AUBURN STREET
  SUB 0000  LOC 00000000
  CAMBRIDGE, MA  02138
- b Employer identification number: 04-3026897
- d Employee's social security number: 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
- e Employee's name, address, and ZIP code:
  ANTHONY SCAPICCHIO
  240 NAHANT ROAD
  NAHANT, MA  01908
- 13 See instrs. for box 13: J  94523.34
- 14 Other: SICK PAY
- 16 State: MA
- 17 State wages, tips, etc.: 14626.02
- 20 Local wages, tips, etc.: 14626.02

Form W-2 Wage and Tax Statement  1999  OMB No. 1545-0008  Department of the Treasury-Internal Revenue Service

| | | |
|---|---|---|
| OMB No. 1545-0008 | | |
| a Control number | 1 Wages, tips, other compensation<br>15064.80 | 2 Federal income tax withheld<br>0.00 |
| This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 3 Social security wages<br>0.00 | 4 Social security tax withheld<br>0.00 |
| | 5 Medicare wages and tips<br>0.00 | 6 Medicare tax withheld<br>0.00 |
| | | Department of the Treasury—Internal Revenue Service |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |

| b Employer's identification number<br>043026897 | d Employee's social security number<br>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 |
|---|---|
| 13 See Instrs. for Box 13<br>C 0.00<br>G 97359.06 | 14 Other |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT MA 01908

| 15 Statutory employee | Deceased | Pension plan X | Legal rep. | Deferred compensation |
|---|---|---|---|---|

| Form W-2<br>Wage and Tax Statement<br>2000 | 16 State<br>MA | Employer's state I.D. No.<br>043026897 | 17 State wages, tips, etc.<br>15064.80 |
|---|---|---|---|
| | 18 State income tax<br>0.00 | 19 Locality name | |
| | 20 Local wages, tips, etc. | 21 Local income tax | |

Copy C  For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)

| OMB No. 1545-0008 | | Department of the Treasury—Internal Revenue Service |
|---|---|---|
| This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 1 Wages, tips, other compensation<br>15516.72 | 2 Federal income tax withheld<br>1200.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
MOUNT AUBURN PROFESSIONAL SERVICE
330 MOUNT AUBURN STREET
CAMBRIDGE, MASS 02238

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>J  15516.72 |
| 12b | 12c | 12d |

| b Employer identification number<br>043026897 | d Employee's social security number<br>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 |
|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|
| | X | | |

e Employee's name, address, and ZIP code
ANTHONY P SCAPICCHIO
240 NAHANT ROAD
NAHANT MA 01908

Form **W-2** Wage and Tax Statement  2001

Copy C For EMPLOYEE'S RECORDS.
See Notice to Employee on back of Copy B).

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| MA | 0423026897 | 15516.72 |
| 17 State income tax<br>0.00 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**Instructions** (Also see Notice to Employee on back of Copy B)

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the Federal income tax withheld line of your tax return.
**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.
**Box 9.** Enter this amount on the advance earned income credit payments line of your Form 1040 or 1040A.
**Box 10.** This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. You must complete **Schedule 2** (**Form 1040A**) or **Form 2441**, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.
**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or section 457 plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457 plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount.
**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return.
**Note:** If a year follows code D, E, F, G, H, or S, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.
**A**—Uncollected social security or RRTA tax on tips (Include this tax on Form 1040. See "Total Tax" in the Form 1040 instructions.)
**B**—Uncollected Medicare tax on tips (Include this tax on Form 1040. See "Total Tax" in the Form 1040 instructions.)
**C**—Cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in the Form 1040 instructions for how to deduct)
**J**—Nontaxable sick pay (not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments (see "Total Tax" in the Form 1040 instructions)
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on cost of group-term life insurance over $50,000 (former employees only) (see "Total Tax" in the Form 1040 instructions)
**N**—Uncollected Medicare tax on cost of group-term life insurance over $50,000 (former employees only) (see "Total Tax" in the Form 1040 instructions)
**P**—Excludable moving expense reimbursements paid directly to employee (not included in boxes 1, 3, or 5)
**Q**—Military employee basic housing, subsistence, and combat zone compensation (use this amount if you qualify for EIC)
**R**—Employer contributions to your medical savings account (MSA) (see **Form 8853**, Medical Savings Accounts and Long-Term Care Insurance Contracts)
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)
**T**—Adoption benefits (not included in box 1). You must complete **Form 8839**, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5)
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. Also, the elective deferrals in box 12 (codes D, E, F, G, H, and S) (for all employers, and for all such plans to which you belong) are generally limited to $10,500. Elective deferrals for section 403(b) contracts are limited to $10,500 ($13,500 in some cases; see Pub. 571). The limit for section 457(b) plans is $8,500. Amounts over these limits must be included in income. See "Wages, Salaries, Tips, etc." in the Form 1040 instructions.
**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. Review the information shown on your annual (for workers over 25) Social Security Statement.

Four copies of Form W-2 Wage and Tax Statement for 2002:

**Employer:** Mount Auburn Professional Service, 330 Mount Auburn Street, Cambridge, MA 02238
**Employer identification number:** 043026897
**Employee:** Anthony P. Scapicchio, 780 Boylston Street APT 6H, Boston, MA 02199
**Employee's social security number:** 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 15977.38 |
| 2 | Federal income tax withheld | 1160.00 |
| 3 | Social security wages | 0.00 |
| 4 | Social security tax withheld | 0.00 |
| 5 | Medicare wages and tips | 0.00 |
| 6 | Medicare tax withheld | 0.00 |
| 12a | Code J | 103256.72 |
| 13 | Statutory employee | X |
| 15 | State / Employer's state ID | MA / 043206897 (or 043026897) |
| 16 | State wages, tips, etc. | 15977.38 |
| 17 | State income tax | 0.00 |

OMB No. 1545-0008
Control number: 16-0331690
Form W-2 (Rev. February 2002)
FORM 12802 PRINTED IN USA

Copies shown: Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return; Copy B To Be Filed with Employee's FEDERAL Tax Return; Copy C For EMPLOYEE'S RECORDS.