**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA    PROVIDENCE, RI

MICHAEL J. CEDRONE
[617] 951 2069
mcedrone@peabodyarnold.com

FILED
CLERKS OFFICE
2005 AUG 25  P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

August 24, 2005

*By fax and regular mail*
Jay Johnson, Docket Clerk for Honorable Rya W. Zobel
U.S. District Court
One Courthouse Way
Boston, MA 02210

    Re:    *Anthony P. Scapicchio v. Mount Auburn Professional Services, et al.*
             *Civil Action No. 04-11573-RWZ*

Dear Mr. Johnson:

    Thank you for your telephone assistance earlier this week confirming that any opposition to Plaintiff's Motion for Reconsideration of the Court's Judgment would be due on September 2, 2005. Please be advised that the defendant intends to file an opposition to the plaintiff's motion within this time limit.

                                    Very truly yours,

                                    Michael J. Cedrone

Encs.

cc:    Philip M. Cronin, Esq.

       John S. Day, Esq.

PABOS2:MCEDRON:621331_1
5436-90871