GA: 04-11573
J. Zobel

# United States Court of Appeals
## For the First Circuit

No. 05-2577

## MANDATE

ANTHONY P. SCAPICCHIO, M.D.,
Plaintiff, Appellant,

v.

MOUNT AUBURN PROFESSIONAL SERVICES, a Massachusetts
non-profit corporation; MOUNT AUBURN HOSPITAL, a hospital
incorporated in Massachusetts, for itself and as administrator
of the Mount Auburn Hospital RetirementPlus 403(b) Plan;
THOMAS FABIANO,
Defendants, Appellees.

### JUDGMENT

**Entered: November 8, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App.
P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MARGARET CARTER

By: _____

Chief Deputy Clerk.

Deputy Clerk

Date: NOV 0 8 2005

[cc: Messrs: Day and Cronin]